# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00004            DATE: January 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio        Electronically Recorded: 10:22:36 - 10:31:13
CSO: L. Ogo

**APPEARANCES:**

Defendant: Eun Young Lee aka Eun Young Cho aka Ina Lee    Attorney: John Gorman

☑ Present ☐ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas       U.S. Agent:
U.S. Probation: Carleen Borja            U.S. Marshal: T. Muna
Interpreter:                             Language:

**PROCEEDINGS: Initial Appearance on and Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty to all 23 counts
- Trial set for: April 7, 2008 at 9:30 a.m.
- Defendant released on bond (see release conditions on page 2).

NOTES: