# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**EUN YOUNG LEE,**<br>　a.k.a. **EUN YOUNG CHO,**<br>　a.k.a. **INA LEE,**<br><br>　　　　Defendant. | CRIMINAL CASE   NO. 08-00004-001<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 23, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Joaquin V.E. Manibusan, Jr.
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　**Dated: Jan 25, 2008**