# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIMINAL CASE NO. 08-00004-001 |
| ) | |
| Plaintiff,  ) | |
| ) | **REQUEST TO TRAVEL** |
| vs.  ) | |
| ) | |
| EUN YOUNG LEE,  ) | |
| aka Eun Young Cho, aka Ina Lee  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

  On December 24, 2007, the above referenced defendant made an Initial Appearance an Indictment charging her with Counts I thru VI: Criminal Conspiracy, in violation of Title 18, United States Code, Sections 2, and 371 and Counts VII thru XXIII: Fraud Concerning Identification Documents, in violation of Title 18 United States Code, Sections 2; 1028 (a)(1); 1028(b)(1)(A)(ii); 1028(c)(1) and 1028(c)(3)(A). She was released on a personal recognizance bond with conditions one of which restricts her from leaving Guam without the permission of the Court. Trial is scheduled for April 7, 2008 at 9:30 a.m.

  Ms. Lee is requesting to travel to Manila, Republic of the Philippines to seek dental care for herself and children. As an employee of Continental Airlines, Ms. Lee will be traveling on a nonrevenue basis and intends on traveling through Koror, Palau. She is expected to depart Guam on Friday, February 22, 2008 and return on Wednesday, February 27, 2008.

  Ms. Lee has been compliant with her pretrial release conditions. It is respectfully recommended that the defendant be granted permission to travel.

                Respectfully Submitted,

                ROSSANNA VILLAGOMEZ-AGUON
                Chief U. S. Probation Officer

         By:    /s/ GRACE D. FLORES
                U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
 U.S. Probation Officer Specialist
 Supervision Unit Leader