ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004-001 |
| Plaintiff, ) | |
| ) | **APPLICATION FOR** |
| vs. ) | **RELEASE OF PASSPORT** |
| ) | |
| EUN YOUNG LEE ) | |
| aka Eun Young Cho, aka Ina Lee, ) | |
| Defendant. ) | |

On December 24, 2007, the Court directed the defendant to surrender her passport to the U.S. Probation Office as a condition of her release in the above captioned case. The undersigned Probation Officer requests the release of the passport held by the U.S. Probation Office. The defendant shall return the passport to the U.S. Probation Office upon return from authorized travel.

Dated this 20th day of February 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: /s/ GRACE D. FLORES
U.S. Probation Officer