| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Eun Young Lee
Cr. Case No. 08-00004-001
SSN: XXX-XX-8768
DOB: XX-XX-1971
HT: 5'6" WT: 155lbs.



DATE  February 20, 2008

YOU ARE AUTHORIZED TO TRAVEL TO    Manila, Republic of the Philippines via Koror, Palau

LEAVING    February 22, 2008    AND RETURNING    February 27, 2008

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Dental treatment for self and children.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Abide by your pretrial release conditions while on travel status.

2. Report in person to the U.S. Probation Office within 24 hours of your return to Guam.

3. Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:



/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

[X] APPROVED        [ ] DISAPPROVED

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 21, 2008