ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
JUDY ANNE L. OCAMPO
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER re APPLICATION** |
| vs. | ) | **FOR RELEASE OF PASSPORT** |
| | ) | |
| EUN YOUNG LEE | ) | |
| aka Eun Young Cho, aka Ina Lee, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon application by the U.S. Probation Officer, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to her for the purposes of approved travel.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 21, 2008