ORIGINAL

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ. P.C.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**JOHN W. C. DUENAS**

**FILED**
**DISTRICT COURT OF GUAM**

FEB 28 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> vs. ) <br> ) <br> JOHN W. C. DUENAS, ) <br> ) <br> *Defendant.* ) <br> _____ ) | Criminal Case No. CR08-00004-07 <br><br> **DEFENDANT DUENAS' NOTICE OF JOINDER TO CO-DEFENDANT MARGARET B. UNTALAN'S MOTION TO CONTINUE TRIAL DATE** |

**COMES NOW**, the Defendant, **JOHN W. C. DUENAS**, by through his Court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby joins in with Co-Defendant, **MARGARET B. UNTALAN'S** Motion to Continue Trial Date, herein.

DATED this 27th day of February, 2008.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*
JOHN W. C. DUENAS

CVE/abs
L:\...\CVE-CLIENTS\Duenas, John W. C.\Joinder Motion to Continue Trial Date\2.26.08

# CERTIFICATE OF SERVICE

I, **AMBER SANCHEZ**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 27th day of February, 2008, I caused to be served by facsimile and personal service a copy of the "Notice of Joinder" in Criminal Case No. : **CR08-00004-007**.

**KARON V. JOHNSON, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

**MARK S. SMITH, ESQ.**
Law Office of Mark S. Smith
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Counsel for Defendant Marcelino J. Laserna

**MR. JOHN T. GORMAN**
Federal Public Defender
501 First Hawaiian Bank Building 400 Route 8
Mongmong, Guam 96910
Counsel for Defendant Eun Young Lee

**LOUIE J. YANZA, ESQ.**
Maher.Yanza.Flynn.Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910
Counsel for Defendant Joseph Pangelinan

**RAWLEN M. T. MANTANONA, ESQ.**
Cabot Mantanona, LLP
Edge Building Second Floor
929 South Marine Corps Drive
Tamuning Guam, 96913
Counsel for Defendant Margaret B. Untalan

**STEPHANIE G. FLORES, ESQ.**
Quan & Lopez, LLP
Quan Building, Suite 202
#324 Soledad Avenue
Hagatna, Guam 96910
Counsel for Francisco Kawamoto

_____
AMBER SANCHEZ

CVE/abs
L:\...\CVE-CLIENTS\Duenas, John W. C.\Joinder Motion to Continue Trial Date\2.26.08