# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR08-00004 |
| vs. | **ORDER SETTING STATUS HEARING** |
| EUN YOUNG LEE,<br>    aka Eun Young Cho,<br>    aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN.<br><br>                    Defendants. | |

On February 20, 2008, Defendant Untalan and Defendant Pangelinan filed separate Motions to Continue Trial, based on the fact that no discovery had yet been turned over to the Defendants. On February 21, 2008, the United States filed a response to Defendant Untalan's Motion, agreeing with the Motion to Continue Trial. The United States stated that it has served the defendants with plea offers and 2,400 pages of discovery, and that it would be necessary for all defendants to properly review the discovery documents.

After the Motion and Response were filed, Defendants Garcia, Laserna, and Kawamoto filed similar Motions with the court. The court having reviewed the Motion to Continue Trial filed by Defendant Untalan and Pangelinan, and the Motions to Continue filed by Defendants

Garcia, Laserna, and Kawamoto, hereby sets a status hearing for Friday, March 14, 2008, at 1:30 p.m., to determine whether Defendants Lee and Duenas wish to join in the Motion to Continue, and whether the Motions to Continue should be granted to the above Defendants who have filed such motions.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Mar 10, 2008**