JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
EUN YOUNG LEE



**FILED**
DISTRICT COURT OF GUAM

MAR 1 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 08-00004 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL<br>) DATE AND EXCLUDE TIME |
| vs. | ) |
| EUN YOUNG LEE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for March 25, 2008, at 9:30 a.m., be continued for 60 days or a date convenient for the Court's calendar. It is further stipulated that all filing deadlines be adjusted to reflect the new trial date.

The parties agree to this continuance based on extensive discovery provided to date. The parties submit that this continuance will serve to protect the best interests of each defendant and will serve to promote the ends of justice. The parties respectfully request a hearing at the court's convenience to address any potential concerns the court may have.

**ORIGINAL**

Defendant's have been consulted with and fully agree with the proposed continuance.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including March 25, 2008, to and including the new trial date of _____, 2008, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 11, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
EUN YOUNG LEE

_____
MARK S. SMITH
Attorney for Defendant
MARCELINO J. LASERNA

_____
LOUIE J. YANZA
Attorney for Defendant
JOSEPH PANGELINAN

_____
FOR RAWLEN M.T. MANTANONA
Attorney for Defendant
MARGARET B. UNTALAN

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
CYNTHIA V. ECUBE
Attorney for Defendant
JOHN W.C. DUENAS

_____
STEPHANIE G. FLORES
Attorney for Defendant
FRANCISCO S.N. KAWAMOTO

_____
LEILANI V. LUJAN
Attorney for Defendant
Mary C. Garcia

2