
**ORIGINAL**

1    eunleeetalstp

2    LEONARDO M. RAPADAS
     United States Attorney
3    KARON V. JOHNSON
     Assistant U.S. Attorney
4    Suite 500, Sirena Plaza
     108 Hernan Cortez Ave.
5    Hagatna, Guam  96910
     PHONE: 472-7332
6    FAX: 472-7334

7    Attorneys for the United States of America

8

                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE TERRITORY OF GUAM
10

11   UNITED STATES OF AMERICA,            )  CRIMINAL CASE NO. 08-00004
                                          )
12                        Plaintiff,      )
                                          )  **STIPULATED MOTION TO**
13              vs.                       )  **CONTINUE STATUS HEARING**
                                          )
14   EUN YOUNG LEE aka Eun Young Cho,     )
     aka Ina Lee,                         )
15   MARCELINO J. LASERNA,                )
     JOHN W.C. DUENAS,                    )
16   MARY C. GARCIA,                      )
     JOSEPH PANGELINAN,                   )
17   FRANCISCO SN KAWAMOTO, and           )
     MARGARET B. UNTALAN,                 )
18                                        )
                          Defendants.     )
19                                        )

20
         The parties in the above-entitled matter, the United States of America, and the defendants
21
     through their counsels, hereby stipulate to continue the Status Hearing currently scheduled for
22
     March 24, 2008, and that it be rescheduled to March 31, 2008 at 9:30 a.m.  Assistant U.S.
23
     Attorney Karon Johnson will be off-island from March 22 through March 29, 2008.
24
         SO STIPULATED.
25

26
     3/14/08
27   DATE                        RICHARD ARENS
                                 Attorney for Defendant Eun Young Lee
28

DATE 3/13/08

MARK S. SMITH
Attorney for Defendant Marcelino Laserna

DATE 3/13/08

CYNTHIA ECUBE
Attorney for Defendant John W.C. Duenas

DATE 3/13/08

LEILANI V. LUJAN,
Attorney for Defendant Mary C. Garcia

DATE 3/13/08

LOUIE YANZA
Attorney for Defendant Joseph Pangelinan

DATE 13 MARCH 08

STEPHANIE G. FLORES
Attorney for Defendant Francisco Kawamoto

DATE 12/13/08

RAWLEN MANTANONA
Attorney for Defendant Margaret Untalan

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATE 3/13/08        By:

KARON V. JOHNSON
Assistant U.S. Attorney