

EYLee.mtn.revoke

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
MAR 14 2008 RD.
JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
EUN YOUNG LEE,
Defendant.

CRIMINAL CASE NO. 08-00004

UNITED STATES MOTION TO REVOKE DEFENDANT'S RELEASE ON RECOGNIZANCE

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order revoking defendant's release on her personal recognizance.

Defendant was arraigned on this charge January 25, 2008. At the same time, the court allowed her to be released from custody on her personal recognizance. A copy of the release order is attached hereto as Exhibit A. One of the conditions was that she obey all state and federal laws. There is reason to believe that she has committed the offense of Accessory After the Fact, in violation of Title 18, U.S.C. § 3, which prohibits a person who, knowing that an offense against the United States has been committed, assists the offender in order to hinder or prevent his apprehension, trial or punishment. Accordingly, the United States

//

requests that a hearing be set to determine whether she should be taken into custody pending trial.

Respectfully submitted this 14th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
KARON V. JOHNSON
Assistant U.S. Attorney



FILED
DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT

JAN 25 2008

District of GUAM

JEANNE G. QUINATA
Clerk of Court

United States of America

V.

Eun Young Lee, aka Eun Young Cho aka Ina Lee

Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: **CR-08-00004-001**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) U.S. DISTRICT COURT (Place) HAGATNA, GUAM on APRIL 7, 2008 at 9:30 a.m. (Date and Time)

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ______ dollars ($ ______) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICES U.S. ATTORNEY U.S. MARSHAL

ORIGINAL

Exhibit 1

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

(Name of person or organization) ______

(Address) ______

(City and state) ______ (Tel. No.) ______

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: ______ Custodian or Proxy ______ Date

( X ) (7) The defendant shall:

( X ) (a) report to the **U.S. Probation Office**, telephone number 473-9201, not later than **as directed**.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: ______

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described ______

( ) (d) execute a bail bond with solvent sureties in the amount of $ ______.

( X ) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

( X ) (g) surrender any passport to: **U.S. Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910**

( X ) (h) obtain no passport.

( X ) (i) abide by the following restrictions on personal association, place of abode, or travel: **Maintain a fixed residence and not change residence without permission of the U.S. Pretrial Office.**

( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: ______

( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: ______

( ) (l) return to custody each (week) day as of ______ o'clock after being released each (week) day as of ______ o'clock for employment, schooling, or the following limited purpose(s): ______

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

( X ) (o) refrain from ( ) any ( X ) excessive use of alcohol.

( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will not include electronic monitoring or other location verification system. ( ) will or You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ) (i) **Curfew.** You are restricted to your residence every day ( ) from ______ to ______, or ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( X ) (v) **Stay away from all ports of entry or exit, except for employment purposes and in work uniform**

( X ) (w) **Do not leave the Territory of Guam without permission of the Court**

( ) (x) ______

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICES U.S. ATTORNEY U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
Signature of Defendant

Address

Guam
City and State Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: 1/25/2008

[signature]
Signature of Judge

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Name and Title of Judge

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

DECLARATION

1) I am the Assistant United States Attorney assigned to prosecute this case.

2) Defendant is charged with fraudulently securing Guam driver's licenses for 53 illegal aliens. These 53 individuals have been identified and indicted; warrants have issued for their arrest. The warrants are under seal, to secure the safety of the federal agents effecting the service of these warrants, and to avoid putting the defendants on notice so that they could flee the jurisdiction.

3) Defendant received a copy of the indictment in this matter, which lists the persons whom defendant assisted to obtain licenses, thus putting defendant on notice as to those of her confederates who had also been charged.

4) Sang Ho Kim was one of those indicted for paying defendant to secure a false driver's license, Cr. No. 06-00071. Kim was arrested February 26, 2008, and made his initial appearance before the court that day. Joseph Razzano, Esq., has been appointed to represent him.

5) Today, March 13, 2008, Mr. Sam Teker, Mr. Razzano's partner, telephoned me to advise me that Sang Ho Kim would plead guilty to the charge. Mr. Teker told me that Kim had agreed to pay defendant $350 for the fraudulent license. According to his client, after her own arrest the defendant had called Kim and warned him that there was an arrest warrant out for him. She also reminded him that he still owed her $50.

5) According to Mr. Teker, defendant telephoned Jung Soo Yang to warn him as well. Yang is Cr. No. 07-00054; he was arrested February 4, 2008.

Karon V. Johnson

KARON V. JOHNSON
Assistant U.S. Attorney

EXHIBIT 2