IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | |
| vs. | ORDER |
| EUN YOUNG LEE a.k.a. EUN YOUNG CHO a.k.a. INA LEE, | |
| Defendant. | |

On January 25, 2008, the above-named defendant appeared before the court for an initial appearance and arraignment. At the conclusion of the hearing, the court released the defendant but imposed certain conditions of release. See Docket No. 19.

On March 14, 2008, the government filed a motion alleging that the defendant violated certain release conditions, and thus requested the court to revoke the defendant's pretrial release status. See Docket No. 87.

The court hereby schedules the government's motion for hearing on Tuesday, April 1, 2008, at 9:30 a.m. If the government intends to present the testimonies of witnesses at the hearing in support of its motion, it shall file a witness list no later than March 28, 2008.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
 **U.S. Magistrate Judge**
**Dated: Mar 21, 2008**