LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | |
| vs. | **UNITED STATES' WITNESS LIST** |
| EUN YOUNG LEE a/k/a a/k/a EUN YOUNG CHO a/k/a INA LEE, | |
| Defendant. | |

Pursuant to the order of this Court, the United States hereby submits the following witness whom will testify on behalf of the United States in the above captioned Motion Hearing now scheduled for April 1, 2008, at 9:30 a.m.:

        Special Agent Kenneth R. Klocke
        Federal Bureau of Investigation
        Guam Resident Agency
        (671) 472-7422

RESPECTFULLY SUBMITTED this 26th day of March, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

        /s/ Karon V. Johnson by
By:  /s/ Marivic P. David
        KARON V. JOHNSON
        Assistant U.S. Attorney