# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00004                    DATE: March 31, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber                    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos       Electronically Recorded: 10:06:07-10:23:53
Virginia T. Kilgore

**APPEARANCES:**

Defendant: Eun Young Lee                 Attorney: Richard Arens, FPD
    Marcelino J. Lacerna                 Mark Smith, CJA Appointed
    John W. C. Duenas (not present)     Cynthia Ecube, CJA Appointed
    Mary C. Garcia (not present)        Delia Lujan, Retained
    Joseph Pangelinan                    Louie Yanza, CJA Appointed
    Francisco SN Kawamoto                Stephanie Flores, CJA Appointed
    Margaret B. Untalan                  Rawlen Mantanona, CJA Appointed

☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas                    U.S. Agent:
U.S. Probation: None Present
Interpreter:                                          Language:

**PROCEEDINGS: Pretrial Conference and Hearing on All Motions/Status Hearing**

- Motions to continue trial date and deadlines <u>granted</u>.
- Court executed an amended trial scheduling order.
- Defendants released as previously ordered.
- The court found that the ends of justice was served by continuing the trial and outweighs the best interest of the public and the defendants in a speedy trial. The period of time beginning today until May 27, 2008 is excluded from the speedy trial clock.

NOTES: