**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-08-00004-001   DATE: April 01, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori              Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio       Electronically Recorded: 9:43:29 - 10:41:55

**APPEARANCES:**

Defendant: Eun Young Lee                  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson              U.S. Agent: Ken Klocke
U.S. Probation: Carleen Borja
Interpreter:                              Language:

**PROCEEDINGS: Motion to Revoke Defendant's Release on Recognizance**
- Ken Klocke was sworn and examined.
- Continued Motion to Revoke Defendant's Release on Recognizance set for April 3, 2008 at 2:00 p.m.
- Defendant released with additional conditions.

NOTES: