# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00004-001　　　　　　　　　　　　　　DATE: April 03, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　Court Recorder: Walter Tenorio / Leilani Toves Hernandez
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 2:01:40 - 4:09:25

**APPEARANCES:**

Defendant: Eun Young Lee, aka Eun Young Cho, aka Ina Lee　　Attorney: Richard Arens

　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson　　　　U.S. Agent: Ken Klocke, F.B.I.
U.S. Probation: Grace Flores
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Motion to Revoke Defendant's Release on Personal Recognizance**
- Motion to Revoke Defendant's Release on Personal Recognizance was <u>granted</u>.
- Defense's oral motion to set a detention hearing was <u>granted</u>.
- Detention Hearing set for: <u>April 8, 2008 at 10:00 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Agent Ken Klocke sworn and examined.