AO 471  (Rev. 07/07) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

**V.**

**Eun Young Lee, aka Eun Young Cho, aka Ina Lee**

*Defendant*

**ORDER OF DETENTION**

Case Number:     **CR-08-00004-001**

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

    **X** on release pending trial for a felony under federal, state, or local law.

    ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

    ☐ on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or ☐ poses a danger to another person or the community

Furthermore, I find that there is probable cause to believe that, while on release, the defendant committed a federal felony, and that a rebuttable presumption arises that no condition or combination of conditions will assure that the defendant will not pose a danger to the safety of any other person or the community. The Defendant has failed to present any evidence to rebut this presumption.

I accordingly ORDER the detention of the defendant without bail pending a further bail determination hearing on this matter.

Date:    **April 8, 2008 *nunc pro tunc* to April 3, 2008**

                            **/s/ Joaquin V.E. Manibusan, Jr.**
                                 **U.S. Magistrate Judge**