**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-08-00004-001            DATE: April 08, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori       Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio       Electronically Recorded: 11:28:07 - 12:28:23

**APPEARANCES:**
Defendant: Eun Young Lee       Attorney: Richard Arens
☑Present ☑Custody ☐Bond ☐P.R.       ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Karon Johnson       U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:       Language:

**PROCEEDINGS: Detention Hearing**
- Motion for Release <u>denied</u>.
- U.S. Probation Officer Maria Cruz sworn and examined
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: