# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **ORDER OF DETENTION PENDING TRIAL** |
| **Eun Young Lee, aka Eun Young Cho, aka Ina Lee** | |
| *Defendant* | Case Number: **CR-08-00004-001** |

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

   **X** on release pending trial for a felony under federal, state, or local law.

   ☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

   ☐ on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or ☐ poses a danger to another person or the community

Furthermore, I find that there is probable cause to believe that, while on release, the defendant committed a federal felony, and that a rebuttable presumption arises that no condition or combination of conditions will assure that the defendant will not pose a danger to the safety of any other person or the community. The court further finds that the Defendant has failed to rebut this presumption. Finally, the court finds that the even had the Defendant rebutted said presumption, no condition or combination of conditions would reasonably ensure that the Defendant would not again commit the acts which formed the basis for this revocation.

I accordingly ORDER the detention of the defendant without bail pending trial on this matter.



**/s/ Joaquin V.E. Manibusan, Jr.**
     **U.S. Magistrate Judge**
**Dated: Apr 08, 2008**