# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004-001 |
| Plaintiff, | |
| vs. | **ORDER SETTING HEARING** |
| EUN YOUNG LEE, aka EUN YOUNG CHO, aka INA LEE, | |
| Defendant. | |

In light of the Defendant's Motion to Review Order of Detention, filed on April 24, 2008, the court hereby sets this matter for hearing on April 29, 2008 at 9:30 a.m.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Apr 28, 2008**