AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>**EUN YOUNG LEE aka EUN YOUNG CHO aka INA LEE** | **NOTICE**<br><br>CASE NUMBER: **CR-08-00004-001** |

TYPE OF CASE:
☐ CIVIL    X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**HEARING ON MOTION TO REVIEW ORDER OF DETENTION**

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 29, 2008 at 9:30 a.m. | CONTINUED TO DATE AND TIME<br><br>May 2, 2008 at 11:00 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| April 28, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:  U. S. Attorney's Office
     Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service