LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>EUN YOUNG LEE, )<br>aka Eun Young Cho, aka Ina Lee, )<br>MARCELINO J. LASERNA, )<br>JOHN W.C. DUENAS, )<br>MARY C. GARCIA, )<br>JOSEPH PANGELINAN, )<br>FRANCISCO SN KAWAMOTO, and )<br>MARGARET B. UNTALAN, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 08-00004<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 6, 2008, I electronically filed United States Trial Memorandum with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Mark Smith   Delia Lujan
Suite 102-D   Suite 300, DNA Bldg.
456 W. O'Brien Drive   238 Archbishop Flores St.
Hagatna, Guam 96910   Hagatna, Guam 96910

//

//

| | |
|---|---|
| Rawlen Mantanona<br>2nd Floor, Edge Building<br>929 S. Marine Corps Drive.<br>Tamuning, Guam 96910 | |
| | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI |
| | By:  /S/ Karon V. Johnson<br>KARON V. JOHNSON<br>Assistant U.S. Attorney |