# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-08-00004-001          DATE: May 05, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber          Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 1:47:50 - 1:58;59
                                                    2:40:35 - 3:12:40

---

**APPEARANCES:**

Defendant: Eun Young Lee          Attorney: Richard Arens

☑Present ☑Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Karon Johnson
U.S. Probation: Carleen Borja                  U.S. Agent:
Interpreter:                                         Language:

---

**PROCEEDINGS: Motion to Review Order of Detention**

- Motion <u>denied</u>.
- Defense requested assistance of court to find suitable space to meet with client in preparation for trial. Court orders US Marshals Service to provide report of suitable meeting places by 3:00 PM, 5/6/2008. Court to issue order.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Witness sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM**

United States of America

V.

EUN YOUNG LEE aka EUN YOUNG CHO
aka INA LEE

## EXHIBIT AND WITNESS LIST

Case Number: **CR-08-00004-001**

| PRESIDING JUDGE **FRANCES M. TYDINGCO-GATEWOOD** | | | | | | PLAINTIFF'S ATTORNEY **KARON V. JOHNSON** | DEFENDANT'S ATTORNEY **RICHARD ARENS** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) **MAY 5, 2008** | | | | | | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **CARMEN B. SANTOS** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | *1:51:50* - Carleen Borja; USPO; called and sworn | |
| | | | | | | **DX by Mr. Arens** | |
| | | A | 5/5/08 | 5/5/08 | 5/5/08 | CR-05-00082 - Order Setting Conditions of Release | |
| | | B | 5/5/08 | 5/5/08 | 5/5/08 | CR-05-00082 - United States Motion to Dismiss Indictment | |
| | | | | | | *1:58:55* - Break; Ms. Johnson called to 2:00 p.m. hearing on 3rd Floor | |
| | | | | | | **2:40:35 - Continued DX of Ms. Borja** | |
| | | C | 5/5/08 | 5/5/08 | 5/5/08 | CR-07-00109 - Indictment | |
| | | | | | | *2:48:59* - CX by Ms. Johnson | |
| | | | | | | **2:49:30 - Witness excused** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |