EYLee.wit1

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.   08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES AMENDED** |
| | ) | **WITNESS LIST** |
| EUN YOUNG LEE, | ) | |
|     aka Eun Young Cho, | ) | |
|     aka Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this   12th   day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:   /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

WITNESS LIST

1) Francine Princes
   Chief, ITIN Program Office
   Internal Revenue Service, Atlanta

2) Linda L. Barnes
   Senior Disclosure Specialist
   IRS Chicago Office

3) Jason Ferguson
   Special Agent, FBI

4) Ken Klocke
   Special Agent, FBI

5) Frank Blaz
   Acting Administrator, MVD
   Guam Dept. of Revenue & Taxation

6) Jesse Salas
   Supervisor, Driver's License Examiners Branch
   Guam Dept. of Revenue & Taxation

7) Christine San Nicholas
   Systems Analyst, MVD

8) Kwang Ho Park

9) Myung Sug Kim

10) Jung Soo Yang

11) Jae Hoan Seok

12) Young Min Ko

13) Deuk Soon Choi Pereda

14) Kil Ja Lee

15) Jin Woo Park

16) Sang Mee Chun

17) Yeong Boem Gim

18) Sang Ho Kim

19) Ji Eon Lee

20) Dong Sik Jung

21) Young Nam Kim

22) John R. Ireland
    FBI Special Agent
    San Diego

23) William Kline
    FBI Special Agent
    Guam

24) Richard Flores
    ICE Special Agent
    Guam

-3-