```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KARON V. JOHNSON
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
 5  FAX:  (671) 472-7215

 6  Attorney's for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, et. al., | ) | |
| Defendants. | ) | |

I hereby certify that on May 12, 2008, I electronically filed United States Amended Witness List with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 12, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

```
Rawlen Mantanona              Mark Smith
2nd Floor Edge Bldg.          Suite 102-D
929 South Marine Corps Drive  456 West O'Brien Drive
Tamuning, Guam 96913          Hagatna, Guam 96910

Delia Lujan
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
```

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney