# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**EUN YOUNG LEE, et al,**      CASE NUMBER: **CR-08-00004**

TYPE OF CASE:
☐ CIVIL      X    **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRETRIAL CONFERENCE**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>May 27, 2008 at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>May 16, 2008 at 10:00 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 13, 2008             /s/ Carmen B. Santos
DATE             (BY) DEPUTY CLERK

TO:    U. S. Attorney's Office      Mark Smith      Stephanie G. Flores
        Federal Public Defender      Cynthia V. Ecube
        U.S. Probation Office      Leilani V. Lujan
        U.S. Marshals Service      Louie J. Yanza