EYLee.Exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES EXHIBIT LIST** |
| EUN YOUNG LEE, ) aka Eun Young Cho, ) aka Ina Lee, ) MARCELINO J. LASERNA, ) JOHN W.C. DUENAS, ) MARY C. GARCIA, ) JOSEPH PANGELINAN, ) FRANCISCO SN KAWAMOTO, and ) MARGARET B. UNTALAN, ) Defendants. ) | |

    COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

    Respectfully submitted this __13th__ day of May, 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and CNMI

                          By: __/s/ Karon V. Johnson__
                               KARON V. JOHNSON
                               Assistant U.S. Attorney

1

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | Licenses issued 1/01/02-1/18/06 by ITIN designation | _____ | _____ |
| 3) | Licenses issued 1/01/02-1/18/06 by ITIN, address | _____ | _____ |
| 4) | Licenses issued 1/01/02-1/18/06 by examination info | _____ | _____ |
| 5) | MVD computer designated codes | _____ | _____ |
| 6) | License exam history files, sorted by record key | _____ | _____ |
| 7) | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 | _____ | _____ |
| 8) | Photographs of meeting at MVD, Mike Park, Sane Mee Chun and Eun Young Lee 3/29/05 | _____ | _____ |
| 9) | MVD file of Sang Mee Chun | _____ | _____ |
| 10) | MVD file of Mike Park | _____ | _____ |
| 11) | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 | _____ | _____ |
| 12) | Guam driver's licenses issued to Sang Mee Chun and Mike Park | _____ | _____ |
| 13) | Redacted IRS W-7 applications and reports concerning certain ITINs | _____ | _____ |
| 14) | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | _____ | _____ |
| 15) | Blank original ITIN letter used by IRS until 12/17/03 | _____ | _____ |
| 16) | Sample of ITIN letter issued by IRS after 12/17/03 | _____ | _____ |
| 17) | MVD file of Sung Min SHIN | _____ | _____ |
| 18) | MVD file of Ki Cheol | _____ | _____ |
| 19) | MVD file of Jung Soo YANG | _____ | _____ |

| | | |
|---|---|---|
| 20) | MVD file of Young Min KO | _____  _____ |
| 21) | MVD file of Geun Jae LEE | _____  _____ |
| 22) | MVD file of Seung Pill CHOI | _____  _____ |
| 23) | MVD file of Dong Pyo HONG | _____  _____ |
| 24) | MVD file of Mi Ra KIM | _____  _____ |
| 25) | MVD file of Deuk Soon CHOI | _____  _____ |
| 26) | MVD file of Chun Ja CHO | _____  _____ |
| 27) | MVD file of Jong Yeon HWANG | _____  _____ |
| 28) | MVD file of Jun Sung MIN | _____  _____ |
| 29) | MVD file of Hae Sook KANG | _____  _____ |
| 30) | MVD file of Jae Min LEE | _____  _____ |
| 31) | MVD file of Tae Kwun JUNG | _____  _____ |
| 32) | MVD file of Won Il KOH | _____  _____ |
| 33) | MVD file of In Hwan CHO | _____  _____ |
| 34) | MVD file of Hyuk Su KANG | _____  _____ |
| 35) | MVD file of Myung Sug KIM | _____  _____ |
| 36) | MVD file of Jae Hoan SEOK | _____  _____ |
| 37) | MVD file of Tae Ho KIM | _____  _____ |
| 38) | MVD file of Hak Ja PARK | _____  _____ |
| 39) | MVD file of Sung Kyu HONG | _____  _____ |
| 40) | MVD file of Ok Sun KIM | _____  _____ |
| 41) | MVD file of Tong Hun LEE | _____  _____ |
| 42) | MVD file of Tae Sung CHOI | _____  _____ |
| 43) | MVD file of Yu Suk KANG | _____  _____ |
| 44) | MVD file of Yeong Beom GIM | _____  _____ |
| 45) | MVD file of Ang Mi CHOI | _____  _____ |
| 46) | MVD file of Sung Jun HAN | _____  _____ |

| | | | |
|---|---|---|---|
| 47) | MVD file of Dong Sik JUNG | _____ | _____ |
| 48) | MVD file of Ji Eon LEE | _____ | _____ |
| 49) | MVD file of Min Chul LEE | _____ | _____ |
| 50) | MVD file of Young Nam KIM | _____ | _____ |
| 51) | MVD file of Jung Ja OH | _____ | _____ |
| 52) | MVD file of Sang Jin PARK | _____ | _____ |
| 53) | MVD file of Ha Young KIM | _____ | _____ |
| 54) | MVD file of You Soon KIM | _____ | _____ |
| 55) | MVD file of Sang C RYU | _____ | _____ |
| 56) | MVD file of Jeong Min HAM | _____ | _____ |
| 57) | MVD file of Jung Il CHAE | _____ | _____ |
| 58) | MVD file of Haeng Hwa LEE | _____ | _____ |
| 59) | MVD file of Sang Ho KIM | _____ | _____ |
| 60) | MVD file of Mi Jung KIM | _____ | _____ |
| 61) | MVD file of Dongmi KANG | _____ | _____ |
| 62) | MVD file of Sung Hun KANG | _____ | _____ |
| 63) | MVD file of Kil Ja LEE | _____ | _____ |
| 64) | MVD file of Keun Seok BANG | _____ | _____ |
| 65) | MVD file of Jin Woo PARK | _____ | _____ |
| 66) | MVD file of Kyung Ja PARK | _____ | _____ |
| 67) | MVD file of Jum Soo PARK | _____ | _____ |
| 68) | Application summary chart for Laserna | _____ | _____ |
| 69) | Application summary chart for Pangelinan | _____ | _____ |
| 70) | Application summary chart for Untalan | _____ | _____ |
| 71) | Application summary chart for Duenas | _____ | _____ |
| 72) | Application summary chart for Kawamoto | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 73) | Application summary chart for Garcia | _____ | _____ |
| 74) | Guam driver's licenses from arrested persons | _____ | _____ |
| 75) | Lee's affirmation of handwriting on applications | _____ | _____ |
| 76) | Laserna's affirmation of handwriting on applications | _____ | _____ |
| 77) | Untalan's affirmation of handwriting on applications | _____ | _____ |
| 78) | Kawamoto's affirmation of handwriting on applications | _____ | _____ |
| 79) | Duenas'a affirmation of handwriting on applications | _____ | _____ |
| 80) | Pangelinan's affirmation of handwriting on applications | _____ | _____ |
| 81) | Pangelinan's identification of ITIN letters | _____ | _____ |
| 82) | Garcia's affirmation of handwriting on applications | _____ | _____ |