EYLeetrialver

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam  96910
Telephone:   (671) 472-7332/7283
Telecopier:  (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES PROPOSED** |
| | ) | **VERDICT FORMS** |
| EUN YOUNG LEE, | ) | |
| aka Eun Young Cho, | ) | |
| aka Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B.  UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW the United States and provides the proposed Verdict Forms for use

concerning the defendants listed above..

Respectfully submitted this 13th day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By:     /S/ Karon V. Johnson_____
KARON V. JOHNSON
Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>08-00004-01</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES PROPOSED** |
| | ) | **VERDICT FORMS** |
| EUN YOUNG LEE, | ) | |
|    aka Eun Young Cho, | ) | |
|    aka Ina Lee, | ) | |
| | ) | |
| Defendant. | ) | |

---

### COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD
### IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit

Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY


### COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD
### IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit

Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY


### COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD

2

**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

**COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD**
**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

**COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD**
**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY

**COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD**

3

**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

    /    /       NOT GUILTY

    /    /       GUILTY

**COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

    /    /       NOT GUILTY

    /    /       GUILTY

**COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

    /    /       NOT GUILTY

    /    /       GUILTY

**COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

4

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/    /         NOT GUILTY

/    /         GUILTY


**COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/    /         NOT GUILTY

/    /         GUILTY


**COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/    /         NOT GUILTY

/    /         GUILTY


**COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

5

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

        /    /        NOT GUILTY

        /    /        GUILTY

## COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

        /    /        NOT GUILTY

        /    /        GUILTY

## COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

        /    /        NOT GUILTY

        /    /        GUILTY

## COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

6

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

**COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

**COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

**COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

7

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

## COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

## COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

## COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

8

LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

        /     /        NOT GUILTY

        /     /        GUILTY

**COUNT XXII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

        We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

        /     /        NOT GUILTY

        /     /        GUILTY

**COUNT XXIII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

        We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

        /     /        NOT GUILTY

        /     /        GUILTY

        DATED this _____ of June, 2008, at Hagatna, Guam.


                        _____
                        FOREPERSON

                IN THE UNITED STATES DISTRICT COURT

                FOR THE TERRITORY OF GUAM

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004-02 |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES PROPOSED** |
| | ) **VERDICT FORMS** |
| MARCELINO J. LASERNA, | ) |
| Defendant. | ) |

**COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/　/　　NOT GUILTY

/　/　　GUILTY

**COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/　/　　NOT GUILTY

/　/　　GUILTY

**COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

10

Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 08-00004-03

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff,                )
                          )
                          )
        vs.               )        **UNITED STATES PROPOSED**
                          )        **VERDICT FORMS**
JOHN W.C. DUENAS,         )
                          )
        Defendant.        )
_____  )


### COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD
### IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY


### COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection

with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY


### COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C.

DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection

with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C. DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO.  08-00004-04
                          )
            Plaintiff,    )

13

vs.                                    )         **UNITED STATES PROPOSED**
                                       )         **VERDICT FORMS**
MARY C. GARCIA,                        )
                                       )
                    Defendant.         )
_____)

### COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/    /         NOT GUILTY

/    /         GUILTY

### COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/    /         NOT GUILTY

/    /         GUILTY

### COUNT XXII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

14

1          /    /     NOT GUILTY

2          /    /     GUILTY

3

4

5   **COUNT XXIII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

6          We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C.

7   GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection

8   with Identification Documents,

9          /    /     NOT GUILTY

10         /    /     GUILTY

11

12         DATED this _____ of June, 2008, at Hagatna, Guam.

13

14

15                                        _____
                                          FOREPERSON

16

17

18

19

20

21

22

23

24              IN THE UNITED STATES DISTRICT COURT

25              FOR THE TERRITORY OF GUAM

26   UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO.  08-00004-05
                                        )
27              Plaintiff,              )

28                                   15

| | | |
|---|---|---|
| vs. | ) | **UNITED STATES PROPOSED** |
| | ) | **VERDICT FORMS** |
| JOSEPH PANGELINAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

## COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/     /          NOT GUILTY

/     /          GUILTY

## COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

16

1    /    /    NOT GUILTY

2    /    /    GUILTY

3

4

5    **COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

6    We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

7    PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

8    Connection with Identification Documents,

9    /    /    NOT GUILTY

10   /    /    GUILTY

11

12   DATED this _____ of June, 2008, at Hagatna, Guam.

13

14

15                                   _____
                                     FOREPERSON

16

17

18

19

20

21

22

23                   IN THE UNITED STATES DISTRICT COURT

24                      FOR THE TERRITORY OF GUAM

25   UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  08-00004-06
                                      )
26              Plaintiff,            )
                                      )
27         vs.                        )       **UNITED STATES PROPOSED**

28                                   17

| | |
|---|---|
| FRANCISO SN KAWAMOTO, | ) |
| | ) |
| Defendant. | ) |
| _____) | ) |

**VERDICT FORMS**

## COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy

to Commit Fraud in Connection with Identification Documents,

    /    /       NOT GUILTY

    /    /       GUILTY

## COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

    /    /       NOT GUILTY

    /    /       GUILTY

## COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

    /    /       NOT GUILTY

18

1          /    /      GUILTY

2

3          DATED this _____ of June, 2008, at Hagatna, Guam.

4

5                                          _____
6                                          FOREPERSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22                 IN THE UNITED STATES DISTRICT COURT

23                 FOR THE TERRITORY OF GUAM

24    UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  08-00004-07
                                       )
25                  Plaintiff,         )
                                       )
26          vs.                        )   **UNITED STATES PROPOSED**
                                       )   **VERDICT FORMS**
27                                     )

28                                  19

1    MARGARET B. UNTALAN,                    )
                                             )
2                      Defendant.            )
                                             )
3    _____)

4
         **COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD**
5           **IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

6        We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

7    B. UNTALAN, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

8    Commit Fraud in Connection with Identification Documents,

9              /     /        NOT GUILTY

10             /     /        GUILTY

11

12

13      **COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

14       We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

15   B. UNTALAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

16   Connection with Identification Documents,

17             /     /        NOT GUILTY

18             /     /        GUILTY

19

20

21

22      **COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

23       We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

24   B. UNTALAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

25   Connection with Identification Documents,

26             /     /        NOT GUILTY

27

28                                          20

/    /    GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON