LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, et. al., ) | |
| Defendants. ) | |

I hereby certify that on May 14, 2008, I electronically filed the following document: United States Motion for Pretrial Evidentiary Rulings with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 14, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Rawlen Mantanona  
2nd Floor Edge Bldg.  
929 South Marine Corps Drive  
Tamuning, Guam 96913  

Mark Smith  
Suite 102-D  
456 West O'Brien Drive  
Hagatna, Guam 96910  

Delia Lujan  
Suite 300, DNA Bldg.  
238 Archbishop Flores St.  
Hagatna, Guam 96910  

                              LEONARDO M. RAPADAS  
                              United States Attorney  
                              Districts of Guam and NMI  

                            By:  /s/ Karon V. Johnson  
                                KARON V. JOHNSON  
                                Assistant U.S. Attorney