| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |
| 6 | Attorneys for the United States of America |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on May 14, 2008, I electronically filed the following document: United States Amended Exhibit List with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 14, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

| | |
|---|---|
| Rawlen Mantanona<br>2nd Floor Edge Bldg.<br>929 South Marine Corps Drive<br>Tamuning, Guam 96913 | Mark Smith<br>Suite 102-D<br>456 West O'Brien Drive<br>Hagatna, Guam 96910 |
| Leilani Lujan<br>Suite 300, DNA Bldg.<br>238 Archbishop Flores St.<br>Hagatna, Guam 96910 | |

                                        LEONARDO M. RAPADAS<br>                                      United States Attorney<br>                                      Districts of Guam and NMI

By:   /s/ Karon V. Johnson<br>          KARON V. JOHNSON<br>          Assistant U.S. Attorney