| | |
|---|---|
| 1 | EYLeetrial.exh3 |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 4 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 5 | Hagatna, Guam 96910<br>Telephone: (671) 472-7332 |
| 6 | Telecopier: (671) 472-7334 |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES SECOND** |
| | ) | **AMENDED EXHIBIT LIST** |
| EUN YOUNG LEE, | ) | |
|    aka Eun Young Cho, | ) | |
|    aka Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this __16th__ day of May, 2008.

                                              LEONARDO M. RAPADAS<br>
                                              United States Attorney<br>
                                              Districts of Guam and CNMI

                               By:    /s/ Karon V. Johnson<br>
                                        KARON V. JOHNSON<br>
                                        Assistant U.S. Attorney

1

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | Licenses issued 1/01/02-1/18/06 by ITIN designation | _____ | _____ |
| 3) | Licenses issued 1/01/02-1/18/06 by ITIN, address | _____ | _____ |
| 4) | Licenses issued 1/01/02-1/18/06 by examination info | _____ | _____ |
| 5) | MVD computer designated codes | _____ | _____ |
| 6) | License exam history files, sorted by record key | _____ | _____ |
| 7) | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 | _____ | _____ |
| 8) | Photographs of meeting at MVD, Mike Park, Sane Mee Chun and Eun Young Lee 3/29/05 | _____ | _____ |
| 9) | MVD file of Sang Mee Chun | _____ | _____ |
| 10) | MVD file of Mike Park | _____ | _____ |
| 11) | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 | _____ | _____ |
| 12) | Guam driver's licenses issued to Sang Mee Chun and Mike Park | _____ | _____ |
| 13) | Redacted IRS W-7 applications and reports concerning certain ITINs | _____ | _____ |
| 14) | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | _____ | _____ |
| 15) | Blank original ITIN letter used by IRS until 12/17/03 | _____ | _____ |
| 16) | Sample of ITIN letter issued by IRS after 12/17/03 | _____ | _____ |
| 17) | MVD file of Sung Min SHIN | _____ | _____ |
| 18) | MVD file of Ki Cheol | _____ | _____ |
| 19) | MVD file of Jung Soo YANG | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 1 | 20) | MVD file of Young Min KO | _____ | _____ |
| 2 | 21) | MVD file of Geun Jae LEE | _____ | _____ |
| 3 | 22) | MVD file of Seung Pill CHOI | _____ | _____ |
| 4 | 23) | MVD file of Dong Pyo HONG | _____ | _____ |
| 5 | 24) | MVD file of Mi Ra KIM | _____ | _____ |
| 6 | 25) | MVD file of Deuk Soon CHOI | _____ | _____ |
| 7 | 26) | MVD file of Chun Ja CHO | _____ | _____ |
| 8 | 27) | MVD file of Jong Yeon HWANG | _____ | _____ |
| 9 | 28) | MVD file of Jun Sung MIN | _____ | _____ |
| 10 | 29) | MVD file of Hae Sook KANG | _____ | _____ |
| 11 | 30) | MVD file of Jae Min LEE | _____ | _____ |
| 12 | 31) | MVD file of Tae Kwun JUNG | _____ | _____ |
| 13 | 32) | MVD file of Won Il KOH | _____ | _____ |
| 14 | 33) | MVD file of In Hwan CHO | _____ | _____ |
| 15 | 34) | MVD file of Hyuk Su KANG | _____ | _____ |
| 16 | 35) | MVD file of Myung Sug KIM | _____ | _____ |
| 17 | 36) | MVD file of Jae Hoan SEOK | _____ | _____ |
| 18 | 37) | MVD file of Tae Ho KIM | _____ | _____ |
| 19 | 38) | MVD file of Hak Ja PARK | _____ | _____ |
| 20 | 39) | MVD file of Sung Kyu HONG | _____ | _____ |
| 21 | 40) | MVD file of Ok Sun KIM | _____ | _____ |
| 22 | 41) | MVD file of Tong Hun LEE | _____ | _____ |
| 23 | 42) | MVD file of Tae Sung CHOI | _____ | _____ |
| 24 | 43) | MVD file of Yu Suk KANG | _____ | _____ |
| 25 | 44) | MVD file of Yeong Beom GIM | _____ | _____ |
| 26 | 45) | MVD file of Ang Mi CHOI | _____ | _____ |
| 27 | 46) | MVD file of Sung Jun HAN | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 47) | MVD file of Dong Sik JUNG | | _____ | _____ |
| 48) | MVD file of Ji Eon LEE | | _____ | _____ |
| 49) | MVD file of Min Chul LEE | | _____ | _____ |
| 50) | MVD file of Young Nam KIM | | _____ | _____ |
| 51) | MVD file of Jung Ja OH | | _____ | _____ |
| 52) | MVD file of Sang Jin PARK | | _____ | _____ |
| 53) | MVD file of Ha Young KIM | | _____ | _____ |
| 54) | MVD file of You Soon KIM | | _____ | _____ |
| 55) | MVD file of Sang C RYU | | _____ | _____ |
| 56) | MVD file of Jeong Min HAM | | _____ | _____ |
| 57) | MVD file of Jung Il CHAE | | _____ | _____ |
| 58) | MVD file of Haeng Hwa LEE | | _____ | _____ |
| 59) | MVD file of Sang Ho KIM | | _____ | _____ |
| 60) | MVD file of Mi Jung KIM | | _____ | _____ |
| 61) | MVD file of Dongmi KANG | | _____ | _____ |
| 62) | MVD file of Sung Hun KANG | | _____ | _____ |
| 63) | MVD file of Kil Ja LEE | | _____ | _____ |
| 64) | MVD file of Keun Seok BANG | | _____ | _____ |
| 65) | MVD file of Jin Woo PARK | | _____ | _____ |
| 66) | MVD file of Kyung Ja PARK | | _____ | _____ |
| 67) | MVD file of Jum Soo PARK | | _____ | _____ |
| 68) | Application summary chart for Laserna | | _____ | _____ |
| 69) | Application summary chart for Pangelinan | | _____ | _____ |
| 70) | Application summary chart for Untalan | | _____ | _____ |
| 71) | Application summary chart for Duenas | | _____ | _____ |
| 72) | Application summary chart for Kawamoto | | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 73) | Application summary chart for Garcia | | _____ | _____ |
| 74) | Guam driver's licenses from arrested persons | | _____ | _____ |
| 75) | Lee's affirmation of handwriting on applications | | _____ | _____ |
| 76) | Laserna's affirmation of handwriting on applications | | _____ | _____ |
| 77) | Untalan's affirmation of handwriting on applications | | _____ | _____ |
| 78) | Kawamoto's affirmation of handwriting on applications | | _____ | _____ |
| 79) | Duenas'a affirmation of handwriting on applications | | _____ | _____ |
| 80) | Pangelinan's affirmation of handwriting on applications | | _____ | _____ |
| 81) | Pangelinan's identification of ITIN letters | | _____ | _____ |
| 82) | Garcia's affirmation of handwriting on applications | | _____ | _____ |
| 83) | ITIN Letter given to Sang Ho Kim by Lee on 1/31/05 | | _____ | _____ |
| 84) | ITIN Letter given to Jae Hoan Seok by Lee on 11/30/04 | | _____ | _____ |