**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-08-00004                                           DATE: May 16, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber, Kim R. Walmsley        Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos             Electronically Recorded: 10:19:50 - 11:15:50

**APPEARANCES:**

Defendant: Eun Young Lee-present                Attorney: Richard Arens - FPD
           Marcelino J. Laserna-not present              Mark Smith - CJA Appointed
           John W.C. Duenas-present                      Cynthia V. Ecube-CJA Appointed
           Mary C. Garcia-not present                    Leilani Lujan-Retained
           Joseph Pangelinan-not present                 Louie Yanza-CJA Appointed
           Francisco S.N. Kawamoto-                      Stephanie Flores-CJA Appointed
           Present                                       Rawlen Mantanona-CJA
           Margaret B. Untalan-present                   Appointed

DEFENDANT NOT PRESENT                           ☑ Present  ☐ Retained  ☐ FPD  ☐ CJA
☐ Present  ☐ Custody  ☐ Bond  ☐ P.R.

U.S. Attorney: Karon Johnson                    U.S. Agent:
U.S. Probation: None Present
Interpreter:                                    Language:

**PROCEEDINGS: Pretrial Conference**

- Proceedings continued to allow parties to discuss issues raised by the Court. Pretrial Conference continued to: <u>May 19, 2008 at 8:00 a.m.</u>

NOTES: