JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
EUN YOUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-08-0004 |
|---|---|
| Plaintiff, | ) NOTICE OF INTENT TO CHANGE PLEA |
| | ) AND REQUEST FOR HEARING |
| vs. | ) |
| EUN YOUNG LEE, | ) |
| Defendant. | ) |

Defendant, EUN YOUNG LEE, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, hereby submits Notice of Intent to enter a plea of guilty to counts seven through twenty-three of the Indictment filed in criminal case number 08-00004 on January 23, 2008. Defendant further requests that a hearing be scheduled for a time and date convenient to the court.

The factual basis in support of the guilty plea follows. "That between March 2004 and December 2005, I knowingly engaged in a scheme to fraudulently obtain Guam driver's licenses

for individuals listed in counts seven through twenty-three of the indictment. This was done by creating a false letter from the Internal Revenue Service which assigned a false Taxpayer Identification Number as required in the application process."

DATED: Mongmong, Guam, May 19, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
EUN YOUNG LEE

# CERTIFICATE OF SERVICE

I, RICHARD P. ARENS, hereby certify that a true and exact copy of the foregoing document was electronically filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on May 19, 2008:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, May 19, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
EUN YOUNG LEE

2