JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:      (671) 472-7111
Facsimile:      (671) 472-7120

Attorney for Defendant
EUN YOUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00004 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        IT IS HEREBY ORDERED that the Change of Plea hearing in the above captioned

case is scheduled for Tuesday, May 27, 2008, at 10:00 a.m.

        SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 21, 2008**