EYLeetrial.exh4

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| vs. | ) | **UNITED STATES TO** |
| | ) | **SUBSTITUTE EXHIBITS** |
| EUN YOUNG LEE, | ) | |
|    aka Eun Young Cho, | ) | |
|    aka Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |

    COMES NOW the United States and hereby substitutes the following exhibits:

Exhibits 1 and 6 have additional documents added and Exhibits 14, 17, 18, 20, 35, 36, 37, 38, 43, 44, 45 and 49 are clearer, color copies.

    Respectfully submitted this  23rd  day of May, 2008.

                                                               LEONARDO M. RAPADAS
                                                               United States Attorney
                                                               Districts of Guam and CNMI


                                            By:    /s/ Karon V. Johnson
                                                       KARON V. JOHNSON
                                                       Assistant U.S. Attorney