**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-08-00004-001	DATE: May 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber	Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos	Electronically Recorded: 3:02:46 - 4:01:56

**APPEARANCES:**

Defendant: Eun Young Lee	Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.	☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson	U.S. Agent: K. Klocke, Immigration and Customs Enforcement
U.S. Probation: Carleen Borja
Interpreter:	Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea as to Counts VII through XXIII entered: Guilty
- Plea as to Counts VII through XXIII: Accepted.
- Defendant remanded to the custody of the U.S. Marshals Service

NOTES: