EYLee.wit3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,
Plaintiff,
vs.
EUN YOUNG LEE,
aka Eun Young Cho,
aka Ina Lee,
MARCELINO J. LASERNA,
JOHN W.C. DUENAS,
MARY C. GARCIA,
JOSEPH PANGELINAN,
FRANCISCO SN KAWAMOTO, and
MARGARET B. UNTALAN,
Defendants.

CRIMINAL CASE NO. 08-00004

**UNITED STATES THIRD AMENDED WITNESS LIST**

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 28th day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

WITNESS LIST

1) Francine Prince
Chief, ITIN Program Office
Internal Revenue Service, Atlanta

2) Linda L. Barnes
Senior Disclosure Specialist
IRS Chicago Office

3) Jason Ferguson
Special Agent, FBI

4) Ken Klocke
Special Agent, FBI

5) Frank Blaz
Acting Administrator, MVD
Guam Dept. of Revenue & Taxation

6) Jesse Salas
Supervisor, Driver's License Examiners Branch
Guam Dept. of Revenue & Taxation

7) Christine San Agustin
Systems Analyst, MVD

8) Kwang Ho Park

9) Myung Sug Kim

10) Jung Soo Yang

11) Jae Hoan Seok

12) Young Min Ko

13) Deuk Soon Choi Pereda

14) Kil Ja Lee

15) Jin Woo Park

16) Sang Mee Chun

17) Yeong Boem Gim

18) Sang Ho Kim

19) Ji Eon Lee

20) Dong Sik Jung

21) Young Nam Kim

22) John R. Ireland
FBI Special Agent
San Diego

23) William Kline
FBI Special Agent
Guam

24) Richard Flores
ICE Special Agent
Guam

25) Ji Yeon Choi Ritter