LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on June 2, 2008, I electronically filed the following document: United States Response to Court's Proposal to Redact Indictment and United States Response to Defendant's Proposed § 1028 Jury Instruction with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 2, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

    Rawlen Mantanona    Mark Smith
    2nd Floor Edge Bldg.    Suite 102-D
    929 South Marine Corps Drive    456 West O'Brien Drive
    Tamuning, Guam 96913    Hagatna, Guam 96910

    Leilani Lujan
    Suite 300, DNA Bldg.
    238 Archbishop Flores St.
    Hagatna, Guam 96910

    LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and NMI

By:   /s/ Karon V. Johnson
    KARON V. JOHNSON

Assistant U.S. Attorney