CASE NO.: CR-08-00004                      DATE: May 30, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 11:02:07 - 12:02:15

**APPEARANCES:**

| Defendant: | Attorney: |
|---|---|
| Eun Young Lee | Richard Arens |
| Marcelino J. Laserna | Mark Smith |
| John W.C. Duenas | Cynthia Ecube |
| Mary C. Duenas | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco SN Kawamoto | Stephanie Flores |
| Margaret B. Untalan | Rawlen Mantanona |

☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: None Present
Interpreter:      Language:

**PROCEEDINGS: Continued Hearing on All Motions**

- Government to submit memorandum re indictment by 6/2/2008 at noon. Defense counsel to submit response by 6/2/2008 at 5:00 p.m.
- Proposed jury instruction submitted by Atty. Lujan re Jury Instruction 1028(a)(1). Matter to be discussed further on Monday.
- Further discussion to be held on Monday re statements of co-conspirators.
- Proceedings continued to: <u>June 2, 2008 at 9:30 a.m.</u>

NOTES: