CASE NO.: CR-08-00004        DATE: June 02, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber           Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 10:15:50 - 11:40:40
                                                              1:12:28 - 2:28:22
                                                              2:46:33 - 4:20:22

**APPEARANCES:**

Defendant: Eun Young Lee            Attorney: Richard Arens
           Marcelino J. Lacerna               Mark Smith
           John W.C. Duenas                   Cynthia Ecube
           Mary C. Garcia                     Leilani Lujan
           Joseph Pangelinan                  Louie Yanza
           Francisco SN Kawamoto              Stephanie Flores
           Margaret B. Untalan                Rawlen Mantanona

☑ Present ☑ Custody ☑ Bond ☑ P.R.    ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson                 U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:                                 Language:

**PROCEEDINGS: Continued Hearing on All Motions**
- Defense counsel to submit response to Government's Memorandum re Indictment by 8:30 a.m., 6/3/2008.
- Court accepted Exhibits 16-35 of Government's Trial Memorandum as redacted. Government to provide a copy of the redacted exhibits to defense counsel and court on 6/3/2008.
- Government submitted an offer of proof for all alleged co-conspirators who may testify at trial.
- Court took issue of Deliberate Ignorance under advisement.
- Hearing on redaction of tax records continued to 6/3/2008.
- Motions hearing continued to 6/3/2008 at 9:00 a.m.
- Jury selection and trial to commence 6/4/2008 at 9:00 a.m.

NOTES: Counsel for Defendants Lee, Laserna, Duenas, Pangelinan, Kawamoto and Duenas requested their clients' presense be waived for 6/3/2008 hearing.
Court to provide requested copies of juror questionnaire by 6/3/2008.
Request for 1-1/2 hour long lunch recess and/or interim payments taken under advisement.
Use of Blackberry and/or cell phone texting by defense counsel approved for use when court is not in session and for limited purpose of contacting office staff.