**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-08-00004　　　　　　　　　　　DATE: June 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　Electronically Recorded: 9:11:05 - 10:01:46
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:07:49 - 10:37:45

**APPEARANCES:**

Defendant: Eun Young Lee　　　　　　　　Attorney: Richard Arens
　　　　　　Marcelino J. Lacerna　　　　　　　　　　Mark Smith
　　　　　　John W.C. Duenas　　　　　　　　　　　Cynthia Ecube
　　　　　　Mary C. Garcia-present　　　　　　　　Leilani Lujan
　　　　　　Joseph Pangelinan　　　　　　　　　　Louie Yanza
　　　　　　Francisco SN Kawamoto　　　　　　　Stephanie Flores
　　　　　　Margaret B. Untalan　　　　　　　　　Rawlen Mantanona

☑ Present  ☐ Custody  ☐ Bond  ☐ P.R.　　☑ Present  ☑ Retained  ☑ FPD  ☑ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Hearing on All Motions**

- Court accepted Government's offer of proof and will allow testimony of alleged co-conspirators at trial.
- Court ruled that defendant Lee's name will be kept in the Indictment and a curative instruction will be given to jurors.
- Redactions to Exhibits 16, 24 and 31 of Government's Trial Memorandum reviewed and accepted.
  Government to provide a copy to defense counsel and court.
- Jury selection and trial to commence 6/4/2008 at 9:00 a.m.

NOTES: Defendants Lee, Laserna, Duenas, Pangelinan, Kawamoto and Duenas not present.
　　　　Juror questionnaires given to all counsel.
　　　　Jury selection process discussed.
　　　　Trial schedule - morning session: 9:00 a.m. to noon
　　　　　　　　　　　　lunch: noon to 1:30 p.m.
　　　　　　　　　　　　afternoon session: 1:30 p.m. to 4:30 p.m.
　　　　Court grants 15 minutes per party for opening statements.
　　　　Request made by defense counsel to be advised in advance of witnesses to be
　　　　called. Government informed defense counsel of witness to be called on first day:
　　　　Frank Blas, Jesse Salas, Christine San Agustin and possibly Francine Prince.