# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CR-08-00004 | DATE: June 04, 2008 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:11:17 - 10:36:12 |
| Virginia T. Kilgore | 11:10:39 - 12:14:52 |
| | 1:34:24 - 2:52:00 |
| | 3:02:25 - 3:33:02 |
| | 3:41:30 - 4:04:30 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Eun Young Lee | Attorney: Richard Arens |
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☑ Retained ☑ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: K. Klocke, FBI |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Jury Selection**
- Voir dire begun.
- Voir dire held.
- 12 jurors selected and instructed to return <u>6/6/2008 at 2:00 p.m.</u>
- 13 remaining potential jurors instructed to return <u>6/6/2008 at 1:00 p.m.</u>
- Selection of alternate jurors set for <u>6/6/2008 at 9:00 a.m.</u>

NOTES: David Lujan also appeared for Defendant Garcia.