# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004                                    DATE: June 06, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:34:17 - 12:08:08 |
| Virginia T. Kilgore | 1:27:21 - 1:38:43 |
| | 1:59:30 - 3:10:53 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Eun Young Lee | Attorney: Richard Arens |
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☑ Retained ☑ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: K. Klocke, FBI |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Continued Jury Selection**

- Voir dire begun.
- Voir dire held.  12 jurors and 6 alternate jurors selected.
- Jury to be empaneled and sworn on 6/9/2008.
- Court instructed jurors not to read articles, watch news reports, or discuss the case.
- Jurors instructed to report on 6/9/2008 at 8:30 a.m.
- Trial to begin: <u>6/9/2008 at 9:00 AM</u>

NOTES: Court stated that trial will be held daily from 9:00 a.m. to 4:30 p.m. with a lunch break from 12:00 to 1:30 p.m.