# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004                                    DATE: June 16, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present                    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos          Electronically Recorded:   9:02:46 - 10:35:40
                                                                      10:55:08 - 12:00:25
                                                                       1:30:05 -  2:50:40
                                                                       3:11:40 -  5:05:18

**APPEARANCES:**

Defendant: Eun Young Lee                    Attorney: Richard Arens
           Marcelino Laserna                          Mark Smith
           John Duenas                                Cynthia Ecube
           Mary Garcia                                Leilani Lujan
           Joseph Pangelinan                          Louie Yanza
           Francisco Kawamoto                         Stephanie Flores
           Margaret Untalan                           Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.           ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson                U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:                                Language:

**PROCEEDINGS: Jury Trial - Day 6**
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Jury Trial (Day 7) continued to: <u>June 17, 2008 at 9:00 a.m.</u>

NOTES:

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| FRANCES M. TYDINGCO-GATEWOOD | | | | | KARON JOHNSON | | RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| HEARING DATE (S) | | | | | COURT REPORTER | | COURTROOM DEPUTY |
| JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 2008 | | | | | WANDA MILES | | CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 9:02:46 - Begin Day 6 - June 16, 2008 | |
| | | | | | | 9:04:28 - Witness Prince seated | |
| | | | | | | 9:07:10 - Jurors seated | |
| | | | | | | 9:08:00 - CX by Mr. Yanza | |
| | 13-16 | | | 6/16/08 | | Page 16 - Redacted IRS W-7 applications and reports concerning certain ITINs | |
| | | U-R | | 6/16/08 | | Assignment of ITIN Number for Sam Rang Lee | |
| | | U-A | | 6/16/08 | | Assignment of ITIN Post December 17, 2003 | |
| | | U-Q | | 6/16/08 | | Assignment of ITIN Number for Lee, Mi Young | |
| | | U-S | | 6/16/08 | | Assignment of ITIN Number for Young Joo Baek | |
| | | U-T | | 6/16/08 | | Assignment of ITIN Number for Jung Soo Choi | |
| | | E | 6/16/08 | 6/16/08 | 6/16/08 | IRS News Release re: Revisions to ITIN Applications posted 12/17/03, offered and admitted, without objection | |
| | | | | | | 9:40:13 - CX by Ms. Lujan | |
| | | | | | | 9:41:51 - CX by Ms. Ecube | |
| | 13-1-13-8 | | | 6/16/08 | | Pages 1 - 8; 9-31 - Redacted IRS W-7 applications and reports concerning certain ITINs, | |
| | | | | | | 10:02:46 - Witness Prince excused | |
| | | | | | | 10:04:20 - Witness **Christine San Agustin** called and sworn. | |
| | | | | | | 10:04:30 - DX by Ms. Johnson | |
| | 2 | | 6/16/08 | 6/16/08 | 6/16/08 | Licenses issued 1/01/02 - 1/18/06 by ITIN designation, offered and admitted, without objection | |
| | 3 | | 6/16/08 | 6/16/08 | 6/16/08 | Licenses issue 1/01/02 - 1/18/06 by ITIN, address, offered and admitted, without objection | |
| | 4 | | 6/16/08 | 6/16/08 | 6/16/08 | Licenses issue 1/01/02 - 1/18/06 by examination information, offered and admitted, without objection | |
| | 5 | | 6/16/08 | 6/16/08 | 6/16/08 | MVD Computer designated codes, offered and admitted without objection | |
| | 6 | | 6/16/08 | 6/16/08 | 6/16/08 | License exam history files, sorted by record key, offered and admitted without objection | |
| | | | | | | 10:35:40 - 10:55:08 - Jurors excused - morning recess | |
| | | | | | | 10:56:04 - Witness seated | |
| | | | | | | 10:57:00 - Jurors seated | |
| | | | | | | 11:03:05 - CX by Ms. Ecube | |
| | 2 | | | 6/16/08 | | Page 2-2 - Licenses issued 1/01/02 - 1/18/06 by ITIN designation | |
| | 3 | | | 6/16/08 | | Licenses issue 1/01/02 - 1/18/06 by ITIN, address | |
| | 4 | | | 6/16/08 | | Licenses issue 1/01/02 - 1/18/06 by examination information | |
| | 5 | | | 6/16/08 | | MVD Computer designated codes | |
| | 6 | | | 6/16/08 | | Page 6-2 - License exam history files, sorted by record key | |
| | | | | | | 11:29:40 - CX by Ms. Flores | |
| | | | | | | 11:30:45 - CX by Mr. Yanza | |
| | 6-14 | | | 6/16/08 | | License exam history files, sorted by record key | |
| | 2 | | | 6/16/08 | | Page 2-18 - Licenses issued 1/01/02 - 1/18/06 by ITIN designation | |
| | | | | | | 11:38:10 - CX by Ms. Lujan | |
| | | | | | | 11:42:53 - Re-DX by Ms. Johnson | |
| | | | | | | 11:52:04 - Re-CX by Mr. Yanza | |
| | | | | | | 11:53:55 - Re-CX by Ms.Lujan | |
| | | | | | | 12:00:25 - 1:30:05 - Lunch recess | |
| | | | | | | 1:50:30 - Jurors seated | |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 1:51:15 - Witness **Jason Alexander Ferguson**, Special Agent, FBI, called and sworn |
| | | | | | | 1:52:00 - DX by Ms. Johnson |
| | 7 | | 6/16/08 | 6/16/08 | 6/16/08 | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000.00 offered and admitted, without objection |
| | 8 | | 6/16/08 | 6/16/08 | 6/16/08 | Photographs of meeting at MVD, Mike Park, Sang Mee Chun and Eun Young Lee on 3/29/05, offered and admitted, without objection |
| | 9 | | | 6/16/08 | | MVD file for - Sang Mee Chun |
| | 10 | | | 6/16/08 | | MVD file for - Mike Park |
| | 11 | | | 6/16/08 | | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 (by RA) |
| | 12 | | | 6/16/08 | | Guam Driver's Licenses issued to Sang Mee Chun and Mike Park, |
| | 2 | | | 6/16/08 | | Licenses issued 1/01/02 - 1/18/06 by ITIN designation |
| | 3 | | | 6/16/08 | | Licenses issue 1/01/02 - 1/18/06 by ITIN, address |
| | 4 | | | 6/16/08 | | Licenses issue 1/01/02 - 1/18/06 by examination information |
| | 74-4 | | | 6/16/08 | | Photocopy of Driver's License of Dong Pyo Hong |
| | | | | | | 2:50:40 - 3:11:40 - Jurors excused - afternoon recess |
| | | | | | | 3:12:00 - Witness seated |
| | | | | | | 3:17:45 - Jurors seated |
| | | | | | | 3:18:20 - CX by Mr. Arens |
| | | | | | | 3:26:40 - 3:55:45 - Jurors excused |
| | | | | | | 4:00:45 - CX by Mr. Mantanona |
| | 7-2, 7-4, 7-5 | | | 6/16/08 | | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000.00 |
| | 8-1, 8-2, 8-3 | | | 6/16/08 | | Photographs of meeting at MVD, Mike Park, Sang Mee Chun and Eun Young Lee on 3/29/05 |
| | | | | | | 4:13:05 - CX by Ms. Flores |
| | | | | | | 4:14:45 - CX by Mr. Yanza |
| | 7 | | | 6/16/08 | | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000.00 |
| | 8 | | | 6/16/08 | | Photographs of meeting at MVD, Mike Park, Sang Mee Chun and Eun Young Lee on 3/29/05 |
| | | | | | | 4:23:00 - CX by Ms.Lujan |
| | | | | | | 4:36:30 - Jurors excused for the day; return by 8:45 a.m., June 17, 2008 |
| | 17-67 | | | | 6/16/08 | Exhibits 17 to 67 admitted, with objections |
| | | | | | | 5:05:18 - End day 6 |
| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FRANCES M. TYDINGCO-GATEWOOD | KARON JOHNSON | **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
| HEARING DATE (S) **JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 2008** | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY CARMEN B. SANTOS |