CASE NO.: CR-08-00004            DATE: June 17, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:06:12 - 10:26:40 |
| | 10:40:55 - 11:57:15 |
| | 1:33:15 - 2:42:00 |
| | 2:58:07 - 4:10:32 |

**APPEARANCES:**

Defendant: Eun Young Lee           Attorney: Richard Arens
           Marcelino Laserna                    Mark Smith
           John Duenas                          Cynthia Ecube
           Mary Garcia                           Leilani Lujan
           Joseph Pangelinan                  Louie Yanza
           Francisco Kawamoto             Stephanie Flores
           Margaret Untalan                   Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson           U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:                                              Language:

**PROCEEDINGS: Jury Trial - Day 7**

- Parties discuss Government's proposed replacement Exhibit 69, 71 and 14-1. Proposed modification to Exhibits 69, 71 withdrawn by Government. As to 14-1, objections noted, not admitted.
- Court dismissed paragraph 44 of the indictment as to Mr. Pangelinan based on the prosecutor indicating insufficient evidence on that matter.
- Court dismissed Count XI of the indictment as to Mr. Pangelinan based on insufficient evidence.
- Objections as to admittance of Exhibit 62 was discussed. Government moved to amend or strike the first and middle names from paragraph 52 of the Indictment. Court denied motion to amend indictment. Exhibit 62 not admitted. Court dismisses/strikes out paragraph 52 of the indictment as insufficient proof and failure to plead properly the correct licensee name.
- Reference to exhibit 62 will be disallowed in the summaries. Exhibit 41 not admitted. Any reference to Tong Hong Lee will be removed from the summaries.
- Oral request by Mr. Arens for copy of agent Kline's handwritten notes argued. Parties urged to meet and discuss to resolve the matter. If no agreement, parties may brief the

issue and submit briefs by 8:15 a.m., June 18, 2008.
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable). __
- Jury Trial (day 8) continued to: <u>June 18, 2008 at 9:00 a.m.</u>

NOTES:

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| **FRANCES M. TYDINGCO-GATEWOOD** | | | | | **KARON JOHNSON** | **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
| HEARING DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| **JUNE 9, 10, 11, 12, 13, 2008** **JUNE 16, 17, 2008** | | | | | **WANDA MILES** | CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 9:06:12 - Begin Day 7 - June 17, 2008 |
| | | | | | | 9:12:15 - Witness Ferguson seated |
| | 69 | | | 6/17/08 | | Application summary chart for Pangelinan - proposed replacement page 69 not admitted |
| | 71 | | | 6/17/08 | | Application summary chart for Duenas - proposed replacement page 71-1 not admitted |
| | 14-1 | | | 6/17/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license |
| | | | | | | 9:59:15 - Jurors seated |
| | | | | | | 9:59:50 - Continued CX by Ms. Lujan |
| | | | | | | 10:16:15 - CX by Ms. Ecube |
| | | | | | | 10:19:00 - Re-DX by Ms. Johnson |
| | | | | | | 10:20:25 - Witness Ferguson excused |
| | | | | | | 10:21:00 - Jurors excused |
| | | | | | | 10:26:00 - 10:40:55 - morning recess |
| | | | | | | 10:41:30 - Jurors seated |
| | | | | | | 10:42:00 - Witness **Mike Park**, called and sworn |
| | 7 | | | 6/17/08 | | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 |
| | 8 | | | 6/17/08 | | Photographs of meeting at MVD, Mike Park, Sang Mee Chun & Eun Young Lee 3/29/05 |
| | 11 | | | 6/17/08 | | Fraudulent ITIN Letter given to Chun by Lee March 29, 2005 |
| | 12-2 | | | 6/17/08 | | Driver's license of Mike Park |
| | | | | | | 11:20:00 - CX by Mr. Yanza |
| | 11 | | | 6/17/08 | | Fraudulent ITIN Letter given to Chun by Lee March 29, 2005 |
| | | O | 6/17/08 | 6/17/08 | | Indictment of Kwang Ho Park aka Mike Ho Park, offered, identified, not admitted |
| | | J | 6/17/08 | 6/17/08 | | Plea Agreement of Kwang Ho Park aka Mike Park - offered, identified, not admitted |
| | | J-4 | 6/17/08 | 6/17/08 | | Page 4 of Plea Agreement of Kwang Ho Park aka Mike Park |
| | 10 | | | 6/17/08 | | MVD file for - Mike Park |
| | 7 | | | 6/17/08 | | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 |
| | 8 | | | 6/17/08 | | Photographs of meeting at MVD, Mike Park, Sang Mee Chun & Eun Young Lee 3/29/05 |
| | | | | | | 11:57:15 - 1:33:15 - Lunch recess |
| | | | | | | 1:33:18 - Witness seated |
| | | | | | | 1:38:30 - Jurors seated |
| | | | | | | 1:39:00 - Witness Park excused |
| | | | | | | 1:40:00 - Witness **William Kline** called and sworn |
| | 11 | | | 6/17/08 | | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 |
| | 75 | | 6/17/08 | 6/17/08 | 6/17/08 | Lee's affirmation of handwriting on applications, offered and admitted, with the exception of 75-2 and 75-29 |
| | 76 | | 6/17/08 | 6/17/08 | 6/17/08 | Laserna's affirmation of handwriting on applications, offered and admitted without objection, with exception of redaction of handwritten notes |

Page -11-

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | | | | | | KARON JOHNSON | **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
| HEARING DATE (S) | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| **JUNE 9, 10, 11, 12, 13, 2008** **JUNE 16, 17, 2008** | | | | | | WANDA MILES | CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 78 | | 6/17/08 | 6/17/08 | 6/17/08 | Kawamoto's affirmation of handwriting on applications, offered and admitted without objection, with exception of redaction of handwritten notes | |
| | 79 | | 6/17/08 | 6/17/08 | 6/17/08 | Duenas' affirmation of handwriting on applications, offered and admitted without objection, with exception of redaction of handwritten notes | |
| | 77 | | 6/17/08 | 6/17/08 | 6/17/08 | Untalan's affirmation of handwriting on applications, offered and admitted without objection, with exception of redaction of handwritten notes | |
| | 74 | | | 6/17/08 | | Guam driver's licenses from arrested persons | |
| | | | | | | 3:36:30 - CX by Mr. Arens | |
| | | | | | | 3:42:54 - Jurors excused | |
| | | | | | | 4:04:04 - Jurors seated | |
| | | | | | | 4:04:38 - Jurors excused for the day | |
| | | | | | | 4:10:34 - End day 7 | |

Page -12-