1 EYLee

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
6 Telecopier: (671) 472-7334
Attorneys for the United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                  FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,    )   CRIMINAL CASE NO.   08-00004
                                )
11           Plaintiff,           )
                                )
12            vs.             )    **UNITED STATE AMENDED**
                                )    **EXHIBIT 14**
13 EUN YOUNG LEE,           )
    aka Eun Young Cho,      )
14     aka Ina Lee,           )
MARCELINO J. LASERNA,      )
15 JOHN W.C. DUENAS,        )
MARY C. GARCIA,          )
16 JOSEPH PANGELINAN,       )
FRANCISCO SN KAWAMOTO, and   )
17 MARGARET B. UNTALAN,      )
                                )
18           Defendants.        )
_____ )

19

20        The United States hereby files with this Honorable Court an amended Exhibit 14.

21        Respectfully submitted this  18th  day of June, 2008.

22                             LEONARDO M. RAPADAS
                            United States Attorney
23                             Districts of Guam and CNMI

24

25           By:      /s/ Karon V. Johnson
                            KARON V. JOHNSON
                            Assistant U.S. Attorney

26

27

28