1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorney's for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE | ) | |
| a/k/a Eun Young Cho a/k/a Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on June 19, 2008, I electronically filed United State's Amended Exhibit 14 with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 19, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document to the following non-registered participants:

Leilani V. Lujan, Esq.
Lujan, Aguigui & Perez LLP
Suite 300, Pacific News Bldg.
238 Archbishop Flores Street
Hagatna, GU 96910

Mark S. Smith, Esq.
The Law Offices of Mark S. Smith
456 W. O'Brien Drive
Suite 102-D
Hagatna, GU 96910

                          LEONARDO M. RAPADAS
                          United States Attorney
                          Districts of Guam and the CNMI

By:   /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney

-2-