# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-08-00004            DATE: June 18, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: None Present           Court Reporter: Wanda Miles

Courtroom Deputy: Carmen B. Santos     Electronically Recorded: 9:03:42 - 10:50:03
                                                            11:10:39 - 12:30:18
                                                            1:37:06 - 2:18:31

---

**APPEARANCES:**

Defendant: Eun Young Lee               Attorney: Richard Arens
          Marcelino Laserna                     Mark Smith
          John Duenas                         Cynthia Ecube
          Mary Garcia                          Leilani Lujan
          Joseph Pangelinan                   Louie Yanza
          Francisco Kawamoto              Stephanie Flores
          Margaret Untalan                    Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R.      ☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson               U.S. Agent: K. Klocke, FBI

U.S. Probation: None Present

Interpreter:                                      Language:

---

**PROCEEDINGS: Jury Trial - Day 8**

- Court advised parties that agent notes are discoverable and should be made available to defense counsel for review. Court ordered Government to provide defense copies of the handwritten notes of Agents Kline, Klocke and Ireland.

- Court stated that Exhibit 14, in its current form, will not be admitted as it is too confusing.

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).

- Jury Trial (day 9) continued to: June 19, 2008 at 9:00 a.m.

NOTES: