

**U.S. Department of Justice**

United States Marshals Service

*FWD Acring CDCSM / JSI → File*
*DISPOSITION*

District of Guam

*Hagåtña, Guam 96910*

June 18, 2008

MEMORANDUM TO: Joaquin L.G. Salas   *6-18-08*
Acting U.S. Marshal

**FILED**
**DISTRICT COURT OF GUAM**

JUN 18 2008

FROM: Greg Perez
District Security Officer

**JEANNE G. QUINATA**
**Clerk of Court**

SUBJECT: Incident Report

At 0830 while at the first floor of the District Court of Guam, Mr. Danny Quinata, Court Security Officer, and I were waiting for the elevator. Mr. Quinata inquired as to how the jury trial on the 4th floor was progressing. I responded to him that it looked good due to an error made by one of the FBI Agents.

Suddenly, I noticed that one of the Jurors appeared as I was telling Danny my observations on the jury trial. I immediately refrained from making additional comments. Please note that I am not certain whether the Juror heard my comment.

Respectfully,

GREG PEREZ

*Please tell*
*The Officers*
*not to Comment*
*on The Case.*