DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-00004 |
| Plaintiff, | |
| vs. | |
| EUN YOUNG LEE,<br>    aka Eun Young Cho<br>    aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN, | **ORDER** |
| Defendants. | |

The court hereby orders that the Defendant, Eun Young Lee, be allowed access to, and have in her possession, case materials related to the above entitled action, while in the custody of the Department of Corrections the weekend of Friday June 20, 2008 to Monday June 23, 2008.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jun 20, 2008**