# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004                                      DATE: June 23, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present                    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos          Electronically Recorded:  9:08:02 -  9:34:20
                                                                     9:55:01 - 10:21:44
                                                                     2:12:13 -  3:27:25
                                                                     3:41:54 -  4:52:54

**APPEARANCES:**

Defendant: Eun Young Lee                    Attorney: Richard Arens
           Marcelino Laserna                          Mark Smith
           John Duenas                                Cynthia Ecube
           Mary Garcia                                Leilani Lujan
           Joseph Pangelinan                          Louie Yanza
           Francisco Kawamoto                         Stephanie Flores
           Margaret Untalan                           Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.           ☑ Present ☑ Retained ☑ FPD ☐ CJA

U.S. Attorney: Karon Johnson                U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon                  Language: Korean

**PROCEEDINGS: Jury Trial - Day 11**

- Court finds Government in violation of Rule 16 as to Lee, Laserna and Kawamoto. Defense counsel to submit brief re appropriate sanctions.
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Motion to strike testimony of Young Nam Kim taken under advisement. Parties may file appropriate briefs.
- As to testimony of Ms. Ritter, court ordered that an attorney be appointed to represent her.
- Jury Trial (Day 12) continued to: <u>June 24, 2008 at 9:00 AM</u>

NOTES:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FRANCES M. TYDINGCO-GATEWOOD | KARON JOHNSON | RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| HEARING DATE (S)<br>JUNE 9, 10, 11, 12, 13, 2008<br>JUNE 16, 17, 18, 19, 20, 2008<br>JUNE 23, 2008 | COURT REPORTER<br><br>WANDA MILES | COURTROOM DEPUTY<br><br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 9:08:08 - Begin Day 11 - June 23, 2008 |
| | | | | | | 9:10:00 - Discussion as to discovery issue. |
| | | | | | | Court finds that Government is in violation of Rule 16 as to Lee, Laserna and Kawamoto. As to remedy, government's use of information will be excluded from direct examination ; Laserna and Kawamoto's request for monetary sanctions, court takes issue under advisement. |
| | | | | | | Discussion as to status of witnesses |
| | | | | | | 10:18:49 - Jurors seated |
| | | | | | | 10:20:07 - Jurors excused for lunch |
| | | | | | | 10:21:44 - Morning recess |
| | | | | | | 1:35 - 2:09 - Chamber conference re status of witnesses |
| | | | | | | 2:12:13 - Resume afternoon session |
| | | | | | | 2:13:27 - Jurors seated |
| | | | | | | 2:14:51 - Witness **Young Nam Kim**, called and sworn |
| | | | | | | 2:15:40 - DX by Ms. Johnson |
| | 50 | | 6/9/08 | 6/23/08 | 6/16/08<br>6/10/08 | 50-1, 50-2, 502-3, 50-4, 50-5 - MVD file for - Young Nam Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. (Frank Blaz) |
| | 11 | | 6/11/08 | 6/23/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection |
| | | | | | | 2:53:38 - CX by Mr. Mantanona |
| | 50 | | 6/9/08 | 6/23/08 | 6/16/08<br>6/10/08 | 50-1, 50-2, 502-3 - MVD file for - Young Nam Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. (Frank Blaz) |
| | | | | | | 3:08:03 - CX by Mr. Yanza |
| | 11 | | 6/11/08 | 6/23/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection |
| | | | | | | 3:12:51 - CX by Mr. Arens |
| | | Lee-D | | 6/23/08 | | Plea Agreement, Criminal Case No. CR- 06-00086, USA vs. Young Nam Kim, identified by Mr. Arens (Young Nam Kim) |
| | | | | | | 3:27:25 - 3:41:54 - Afternoon break |
| | | | | | | 3:42:07 - Jurors seated |
| | | | | | | 3:43:05 - CX by Mr. Smith |
| | | | | | | 3:46:04 - CX by Ms. Flores |
| | | Lee-D | | 6/23/08 | | Plea Agreement, Criminal Case No. CR- 06-00086, USA vs. Young Nam Kim, identified by Mr. Arens (Young Nam Kim) |
| | | | | | | 4:01:21 - Jurors excused - 10 minute recess |
| | | | | | | Ms. Flores makes oral motion to strike testimony of Ms. Kim. Court takes matter under advisement; counsel may submit briefs on the matter. |
| | | | | | | 4:11 - Witness Kim excused |
| | | | | | | 4:12:54 - Witness **Ji Yeon Choi Ritter**, called and sworn |
| | | | | | | 4:13:00 - DX by Ms. Johnson |
| | | | | | | 4:20:00 - Jurors excused for the day; to resume 6/24/08 |
| | | | | | | Court orders that witness be appointed an attorney. |
| | | | | | | 4:52:44 - End day 11 |