# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　　vs.<br><br>EUN YOUNG LEE,<br>MARCELINO J. LASERNA,<br>JOHN W. C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO S.N. KAWAMOTO and<br>MARGARET B. UNTALAN<br>　　　　　　Defendants. | Criminal Case No. **08-00004**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **F. RANDALL CUNLIFFE** is appointed to represent Ji Yeon Choi Ritter in the above-entitled case, *nunc pro tunc* to June 23, 2008.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Jun 24, 2008**