CASE NO.: CR-08-00004            DATE: June 24, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present     Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos     Electronically Recorded: 9:13:53 - 10:26:33
                                                        10:42:15 - 12:27:16
                                                        2:36:11 - 3:48:55
                                                        4:06:10 - 5:10:21

**APPEARANCES:**

| Defendant: Eun Young Lee | Attorney: Richard Arens |
|---|---|
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |

☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson            U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon                Language: Korean

**PROCEEDINGS: Jury Trial - Day 12**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Oral motion of Mr. Yanza to strike the testimony re Ji Eon Lee (Exhibit 48) - granted due to failure to establish a proper foundation and hearsay. Jurors instructed to disregard the testimony.
- Government has a total of approximately 6 remaining witnesses.
- Court urged defense counsel to file a response to Government's Memorandum Concerning Unavailability of a Witness. Responses should be filed, preferably by June 25, 2008, but no later than Thursday morning, June 26, 2008.
- Court stated that the Rule 1006 summary evidence on Exhibit 14 must also be addressed by the parties.
- F. Randall Cunliffe is appointed to represent witness Ji Yeon Choi Ritter.
- Jury Trial (Day 13) continued to: <u>June 25, 2008 at 1:30 PM</u>

NOTES:

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 JUNE 23, 24, 2008 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 9:13:53 - Begin Day 12 - June 24, 2008 |
| | | | | | | 9:46:37 - Jurors seated |
| | | | | | | 9:48:09 - Witness **Myung Sug Kim**, called and sworn |
| | | | | | | 9:49:14 - DX by Ms. Johnson |
| | 35 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Myung Sug Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 35-5 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | Korean Driver's License of Myung Sug Kim - MVD file for - Myung Sug Kim offered by Government; Objections made: conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 35-3 35-4 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | Translation of Korean Driver's License of Myung Sug Kim - MVD file for - Myung Sug Kim offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 11 | | 6/11/08 | 6/24/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) |
| | | | | | | 10:26:33 - 10:42:15 - Jurors excused - morning break |
| | | | | | | 10:43:26 - CX by Mr. Yanza |
| | 35 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Myung Sug Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | | N | | 6/24/08 | | Plea Agreement of Myung Sug Kim - identified by Mr. Yanza (Myung Sug Kim) |
| | | N p 5:21-25, p 6:1-9 | | 6/24/08 | | Plea Agreement of Myung Sug Kim - identified by Mr. Yanza (Myung Sug Kim) |
| | 11 | | 6/11/08 | 6/24/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) |
| | | | | | | 11:29:33 - CX by Mr. Smith |
| | | | | | | 11:31:03 - CX by Mr. Arens |
| | | | | | | 11:35:06 - CX by Ms. Lujan |
| | | | | | | 11:36:00 - Witness excused |
| | | | | | | 11:38:48 - Witness **Dong Sik Jung**, called and sworn |
| | | | | | | 11:40:00 - DX by Ms. Johnson |
| | 47 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Dong Sik Jung - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 48 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Ji Eon Lee - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | | | | | | 12:11:00 - Jurors excused for lunch - return by 2:15 p.m. |
| | | | | | | 12:11:18 - sealed matter |
| | | | | | | 12:27:16 - End morning session |
| | | | | | | 2:36:11 - Resume afternoon session; jurors seated, witness seated; continued DX by Ms. Johnson |
| | | | | | | Oral motion of Mr. Yanza to strike the testimony re Ji Eon Lee (Exhibit 48) - granted due to failure to establish a proper foundation and hearsay. Jurors instructed to disregard the testimony. |
| | 47 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Dong Sik Jung - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 11 | | 6/11/08 | 6/24/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) |

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | | | | KARON JOHNSON | | RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 JUNE 23, 24, 2008 | | | | COURT REPORTER WANDA MILES | | COURTROOM DEPUTY CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 2:58:30 - CX by Mr. Arens |
| | | U-X | | 6/24/08 | | Plea Agreement of Dong Sik Jung, identified by Mr. Arens (Dong Sik Jung) |
| | 11 | | 6/11/08 | 6/24/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) |
| | | | | | | 3:17:35 - CX by Mr. Mantanona |
| | | U-X | | 6/24/08 | | Plea Agreement of Dong Sik Jung, identified by Mr. Arens (Dong Sik Jung) |
| | 47-3 47-4 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Dong Sik Jung - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | | | | | | 3:44:00 - CX by Mr. Yanza |
| | | | | | | 3:44:47 - CX by Ms. Lujan |
| | | | | | | 3:46:06 - CX by Mr. Smith |
| | | | | | | 3:47:07 - Witness excused |
| | | | | | | 3:47:30 - Jurors excused - 10 minutes recess |
| | | | | | | 3:48:01 - outside presence of witnesses |
| | | | | | | 3:48:55 - Recess |
| | | | | | | 4:06:10 - Resume afternoon session; jurors seated |
| | | | | | | 4:07:37 - Witness **Deuk Soon Choi Pereda**, called and sworn |
| | | | | | | 4:08:46 - DX by Ms. Johnson |
| | 25-1, 25-5, 25-3, 25-4 | | 6/9/08 | 6/24/08 | 6/16/08 6/10/08 | MVD file for - Deuk Soon Choi (Pereda) - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 11 | | 6/11/08 | 6/24/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) |
| | | | | | | 4:32:25 - Jurors excused - instructed to return by 1:15 p.m., 6/25/08 |
| | | | | | | 4:34:23 - Defense counsel urged by court to file responses to Government's motions |
| | | | | | | 5:10:21 - End day 12 |

Case 1:08-cr-00004    Document 269    Filed 06/24/2008    Page 3 of 3