```
 1  EYLee.Brady2
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  KARON V. JOHNSON
    Assistant U.S. Attorney
 4  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 5  Hagatna, Guam  96910
    Telephone:  (671) 472-7332/7283
 6  Telecopier: (671) 472-7334

 7  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNITED STATE NOTICE OF** |
| | ) **BRADY MATERIAL** |
| EUN YOUNG LEE, | ) |
|    aka Eun Young Cho, | ) |
|    aka Ina Lee, | ) |
| MARCELINO J. LASERNA, | ) |
| JOHN W.C. DUENAS, | ) |
| MARY C. GARCIA, | ) |
| JOSEPH PANGELINAN, | ) |
| FRANCISCO SN KAWAMOTO, and | ) |
| MARGARET B. UNTALAN, | ) |
| Defendants. | ) |

The attached is submitted as brady material. Immunity letter concerning Ji Yeon Choi Ritter.

Respectfully submitted this 25th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By:  /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney