JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
EUN YOUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-08-00004 |
| | ) | |
| Plaintiff, | ) | NOTICE OF JOINDER |
| | ) | |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, EUN YOUNG LEE, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, hereby joins Defendant Pangelinan's Memorandum Regarding Witnesses Self-Incrimination, Defendant Garcia's Response Concerning Perjured Testimony and Defendant Kawamoto's Memorandum Regarding Government's Use of Knowingly

//

//

//

False Testimony.

DATED: Mongmong, Guam, June 26, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
EUN YOUNG LEE

2

**CERTIFICATE OF SERVICE**

I, RICHARD P. ARENS, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and served to the following on June 26, 2008:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910
Attorney for Plaintiff
UNITED STATES OF AMERICA

MARK S. SMITH
Law Office of Mark S. Smith
456 W. O'Brien Drive
Suite 102-D
Hagatna, Guam 96910
Attorney for Defendant
MARCELINO J. LASERNA

LOUIE J. YANZA
Maher, Yanza, Flynn, Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910
Attorney for Defendant
JOSEPH PANGELINAN

RAWLEN M.T. MANTANONA
Cabot Mantanona, LLP
Edge Building Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Attorney for Defendant
MARGARET B. UNTALAN

STEPHANIE G. FLORES
Quan & Lopez, LLP
Quan Building, Suite 202
#324 Soledad Avenue
Hagatna, Guam 96910
Attorney for Defendant
FRANCISCO KAWAMOTO

LEILANI V. LUJAN
Lujan Aguigui & Perez, LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagatna, Guam 96910
Attorney for Defendant
MARY C. GARCIA

CYNTHIA V. ECUBE
207 Street, Suite 3
Travel Pacificana Building
Hagatna, Guam 96910
Attorney for Defendant
JOHN W.C. DUENAS

DATED: Mongmong, Guam, June 26, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
EUN YOUNG LEE

4