# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-08-00004 DATE: June 25, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: None Present

Court Reporter: Wanda Miles

Courtroom Deputy: Carmen B. Santos

Electronically Recorded: 1:43:06 - 3:17:05
3:36:26 - 5:11:08

**APPEARANCES:**

Defendant: Eun Young Lee
Marcelino Laserna
John Duenas
Mary Garcia
Joseph Pangelinan
Francisco Kawamoto
Margaret Untalan

Attorney: Richard Arens
Mark Smith
Cynthia Ecube
Leilani Lujan
Louie Yanza
Stephanie Flores
Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R.

☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson

U.S. Agent: K. Klocke, FBI

U.S. Probation: None Present

Interpreter: Sung Woo Yoon

Language: Korean

**PROCEEDINGS: Jury Trial - Day 13**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court orders the Government to turn over all 302s to defense counsel as it relates to all licensee witnesses.
- Court urges parties to file briefs re field notes and potential Brady violation by 6/26/08.
- Court urges defense counsel to file separate papers on behalf of individual clients as to agent/interviewer/right to confrontation issues by 6/26/08.
- Court finds that based on testimony of Dr. Weis, Agent Kline is unavailable to continue his testimony and that the court will not compel his testimony.
- Jury Trial (Day 14) continued to: <u>June 26, 2008 at 11:00 AM</u>

NOTES:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **FRANCES M. TYDINGCO-GATEWOOD** | **KARON JOHNSON** | **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |

| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| **JUNE 9, 10, 11, 12, 13, 2008**<br>**JUNE 16, 17, 18, 19, 20, 2008**<br>**JUNE 23, 24, 25, 2008** | **WANDA MILES** | CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 1:43:06 - Begin Day 13 - June 25, 2008 |
| | | | | | | 1:45:00 - Witness **Deuk Soon Choi Pereda** seated |
| | | | | | | Exhibit 14 Summary Chart discussion |
| | | | | | | 2:07:16 - Jurors seated |
| | 25 | | 6/9/08 | 6/25/08 | 6/16/08<br>6/10/08 | MVD file for - Deuk Soon Choi (Pereda) - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 74 | | | 6/25/08 | | Guam Driver's licenses from arrested persons |
| | | | | | | 2:17:28 - CX by Mr. Arens |
| | | Laserna-R | | 6/25/08 | | Plea Agreement of Deuk Soon Choi nka Pereda, identified by Mr. Arens (Deuk Soon Choi Pereda) |
| | | | | | | 2:47:34 - Re-DX by Ms. Johnson |
| | | | | | | 2:50:20 - Witness excused |
| | | | | | | 2:51:49 - Witness **Young Min Ko**, called and sworn |
| | | | | | | 2:52:27 - DX by Ms. Johnson |
| | 20 | | 6/9/08 | 6/25/08 | 6/16/08<br>6/10/08 | MVD file for - Young Min Ko - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 11 | | 6/11/08 | 6/25/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) |
| | 20-7 | | | 6/25/08 | | Guam Driver's License of Young Min Ko - identified by the Government (Young Min Ko) |
| | | | | | | 3:17:05 - 3:36:26 - afternoon recess |
| | | | | | | 3:36:46 - Jurors seated |
| | | | | | | 3:37:39 - Continued DX by Ms. Johnson |
| | | | | | | 3:58:03 - Jurors excused - discussion as to Brady and Jencks materials |
| | | | | | | 4:33:30 - Jurors seated |
| | | | | | | 4:35:19 - Jurors excused - return by 10:45 a.m. 6/26/08; trial to resume at 11:00 a.m. |
| | | | | | | 4:37:36 - Conference call with Dr. Weis. |
| | | | | | | Court orders the Government to turn over all 302s to defense counsel as it relates to all licensee witnesses. |
| | | | | | | Court urges parties to file briefs re field notes and potential Brady violation by 6/26/08. |
| | | | | | | Court urges defense counsel to file separate papers on behalf of individual clients as to agent/interviewer/right to confrontation issues by 6/26/08. |
| | | | | | | Court finds that based on testimony of Dr. Weis, Agent Kline is unavailable to continue his testimony and that the court will not compel his testimony. |
| | | | | | | 5:11:08 - End day 13 - resume 6/26/08 at 11:00 AM |