FD-302 (Rev. 10-6-95)

*Young Min KO*

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/29/2008

YOUNG MIN KO, Korean male, born in Korea on December 17, 1967, height 171 centimeters, weight 70 kilogram, residing at Sunrise Apartment number 77, Upper Tumon, telephone number 671/688-1171, Guam Driver's License number 1228096843, was interviewed in the presence of JAE SUNG HAN (translator & KO's friend), born April 29, 1966, Social Security Account Number 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, Guam Driver's License Number 1228098996, telephone number 671/687-0466 and STEPHEN W. BASAK, Postal Inspector, United States Postal Inspection Service, at the Guam Visitor's Bureau. After being advised of his constitutional rights in Korean and after being advises of the interviewing Agent/Postal Inspector, KO provided the following information:

KO obtained a Guam Driver's License about 2 or 3 years ago. He paid $120 to $150 for the driver's license. He paid MIKE HONG the money at the HYATT HOTEL, Guam, tennis courts. HONG went to the Guam Department of Motor Vehicles with KO, to obtain the driver's license. HONG told him how to get a Guam Driver's License, at the tennis courts. The Korean Tennis Association of Guam was using the HYATT HOTEL tennis courts at the time. He did not pay ENYOUNG CHO. He obtained the driver's license because he wanted to drive on Guam. Prior to obtaining the Guam Driver's License, he had a Korean driver's license. When he obtained the Guam Driver's License, the Guam Department of Motor Vehicle took his Korean Driver's License. When he obtained the Guam Driver's License, he had to pay Guam Department of Motor Vehicles to obtain the license.

When he took the Guam Driver's License photo, that was the only time he saw CHO at the Department of Motor Vehicles. At the time, he did not know CHO. HONG told him not to ask any questions. After he obtained the license, he found out that CHO helped him out to obtain the license.

He knew he was not suppose to receive a Guam Driver's license this way.

He can read and write English, a little bit. The Chauffeur's test was in English. KIM YOON JUNG, Korean female, helped him pass the test. He thinks that JUNG resides in the Philippines.

---

Investigation on  2/27/2008  at  Tumon, Guam

File # 194A-HN-18383    Date dictated  2/29/2008

by SA Kenneth R. Klocke

DEFENDANT'S EXHIBIT A

This document contains neither recommendations nor conclusions [of the FBI. It is the] property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Case 1:08-cr-00004    Document 281-2    Filed 06/27/2008    Page 1 of 2

FD-302a (Rev. 10-6-95)



194A-HN-18383

Continuation of FD-302 of ___Young Min Ko_____ , On _2/27/2008_____ , Page __2__

      He has never lived at the address on his Guam Driver's License, P.O. Box 11846.

      He was divorced about 5 years ago. He came to Guam on a Tourist Visa. He is not in the process of trying to obtain a Resident Alien Card.

      He is employed on a part-time basis by I-TOUR as a bus driver. He receives about $1,500 per month from I-TOUR. His rent is $650 per month. He also earns money by providing tennis lessons.

      He does not remember seeing any Individual Tax Identification letters and does not know if he has an Individual Tax Identification letter at his residence.



      He graduated from college in Korea and obtained a degree in Tennis.

      His passport is at his residence.

      KO provided SA Klocke with his Guam Driver's License, which was placed in a 1-A envelope.

