```
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America
```

**FILED**
DISTRICT COURT OF GUAM

JUL 0 1 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF PARTIES CONCERNING TESTIMONY OF SPECIAL AGENT RICHARD FLORES** |
| EUN YOUNG LEE, aka Eun Young Cho, aka Ina Lee, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | ) | |
| Defendants. | ) | |

The parties in the above-entitled case make the following stipulation concerning the Korean licensees named in Government Exhibit 4:

1) all of the licensees were Korean nationals;

2) one of the licensees had a student visa;

3) six of the licensees had B2 visas for business/pleasure; and

4) the rest of the licensees had entered the United States on the Guam Tourist Visa Waiver Program.

SO STIPULATED.

1

DATED: 7/1/08

*Richard Arens* (signature)
RICHARD ARENS
Attorney for Eun Young Lee

DATED: 7/1/08

*Louie Yanza* (signature)
LOUIE YANZA
Attorney for Joseph Pangelinan

DATED: 7/1/08

*Rawlen MT Mantanona* (signature)
RAWLEN MT MANTANONA
Attorney for Margaret Untalan

DATED: 7/1/08

*Cynthia Ecube* (signature)
CYNTHIA ECUBE
Attorney for John Duenas

DATED: 7/1/08

*Mark Smith* (signature)
MARK SMITH
Attorney for Marcelino Laserna

DATED: 7/1/08

*Leilani Lujan* (signature)
LEILANI LUJAN
Attorney for Mary Garcia

DATED: 1 July 08

*Stephanie Flores* (signature)
STEPHANIE FLORES
Attorney for Francisco Kawamoto

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/1/08                By: *Karon V. Johnson* (signature)
KARON V. JOHNSON
Assistant U.S. Attorney

2