# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004　　　　　　　　　　　DATE: July 01, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　Electronically Recorded:　8:59:21 - 10:15:38
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:37:41 - 11:57:38
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:34:32 -　2:42:56
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:04:27 -　4:23:39

**APPEARANCES:**

Defendant: Eun Young Lee　　　　　　　Attorney: Richard Arens
　　　　　　Marcelino Laserna　　　　　　　　　　Mark Smith
　　　　　　John Duenas　　　　　　　　　　　　　Cynthia Ecube
　　　　　　Mary Garcia　　　　　　　　　　　　　Leilani Lujan
　　　　　　Joseph Pangelinan　　　　　　　　　　Louie Yanza
　　　　　　Francisco Kawamoto　　　　　　　　　Stephanie Flores
　　　　　　Margaret Untalan　　　　　　　　　　Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R.　　　　☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Jury Trial - Day 17**
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Closing Argument by the <u>plaintiff</u>. Jury Trial (Day 18) - Defendants' Closing Arguments, Prosecutor's Rebuttal Closing Arguments, Concluding Jury Instructions continued to July 2, 2008 at 9:15 A.M. Jurors to deliberate on July 2, 2008.

NOTES: Jurors to report by 8:45 AM, 7/2/08.

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | | | | | KARON JOHNSON | RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 JUNE 23, 24, 25. 26, 27, 2008 JUNE 30, JULY 1, 2008 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 8:59:21 - Begin Day 17 - July 1, 2008 |
| | | | | | | 9:02:40 - Jurors seated |
| | | | | | | Defense counsel waive the opportunity to present opening statements and proceed with their case in chief. |
| | | | | | | 9:04:44 - Agent **Ken Klocke** called and seated; DX by Mr. Yanza |
| | | U-U | 6/11/08 | 7/1/08 | 6/11/08 | Assignment of ITIN Number - Exhibit U-U offered by Ms. Lujan and admitted without objection (Frank Blaz) |
| | 86 | | | 7/1/08 | 6/18/08 | FBI Form 302 - Report of Investigation of Eun Young Lee dated 12/31/07, identified by Mr. Arens and admitted by the court (Agent Kline) admitted for purposes of motion for discovery - NOT FOR THE JURY |
| | | U-A | 6/13/08 | 7/1/08 | 6/13/08 | Assignment of ITIN Post December 13, 2003, offered by Mr. Yanza and admitted without objection (note: same as Exhibit U-P 248) (Jesse Salas) |
| | | U-R | 6/12/08 | 7/1/08 | 6/12/08 | Assignment of ITIN Number for Sam Rang Lee - offered by Mr. Mantanona and admitted without objection (Jesse Salas) |
| | | U-S | 6/13/08 | 7/1/08 | 6/13/08 | Assignment of ITIN Number for Young Joo Baek - offered by Mr. Yanza and admitted without objection (Jesse Salas) |
| | | U-T | 6/12/08 | 7/1/08 | 6/12/08 | Assignment of ITIN Number for Lee Mi Young - offered by Mr. Mantanona and admitted without objection (Jesse Salas) |
| | | U-P p 159 | 6/10/08 | 7/1/08 | 6/10/08 | Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered by Mr. Mantanona and admitted without objection (Frank Blaz) |
| | 85 | | 6/11/08 | 7/1/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division, offered by the Government, admitted without objection (Frank Blaz) |
| | | | | | | 9:59:01 - DX by Mr. Mantanona |
| | 85 | | 6/11/08 | 7/1/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division, offered by the Government, admitted without objection (Frank Blaz) |
| | | | | | | 10:05:34 - DX by Ms. Flores |
| | 83 | | 6/19/08 | 7/1/08 | 6/19/08 | ITIN Letter given to Sang Ho Kim by Lee on 1/31/05, offered by Mr. Mantanona, admitted, without objections (Agent Klocke) |
| | 60 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Sang Ho Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 15 | | 6/11/08 | 7/1/08 | 6/11/08 | Department of Treasury-IRS-Blank form; offered by the Government and admitted without objections (Frank Blaz) |
| | | | | | | 10:57:56 - DX by Ms. Lujan |
| | 75 | | 6/17/08 | 7/1/08 | 6/17/08 | Lee's affirmation of handwriting on applications, offered by the Government and admitted, with the exception of 75-2 and 75-29 (Agent Kline) |
| | | U-P p 156 | 6/10/08 | 7/1/08 | 6/10/08 | Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered by Mr. Mantanona and admitted without objection (Frank Blaz) |
| | 1 | | 6/9/08 | 7/1/08 | 6/9/08 | Exhibit 1 pages 1-24 offered by Government and admitted, without objections (Frank Blaz) |

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|
| HEARING DATE (S)<br>JUNE 9, 10, 11, 12, 13, 2008<br>JUNE 16, 17, 18, 19, 20, 2008<br>JUNE 23, 24, 25. 26, 27, 2008<br>JUNE 30, JULY 1, 2008 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 14-5 | | 6/27/08 | 7/1/08 | 6/27/06 | **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by Government and admitted, with objections (Agent Klocke) |
| | 20 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Young Min Ko - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 60 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Sang Ho Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 83 | | 6/19/08 | 7/1/08 | 6/19/08 | ITIN Letter given to Sang Ho Kim by Lee on 1/31/05, offered by Mr. Mantanona, admitted, without objections (Agent Klocke) |
| | 67-3 67-4 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Jum Soo Park - offered by Government; Objections made; conditionally admitted 6/10/08. |
| | | | | | | 11:34:44 - DX by Mr. Smith |
| | 15 | | 6/11/08 | 7/1/08 | 6/11/08 | Department of Treasury-IRS-Blank form; offered by the Government and admitted without objections (Frank Blaz) |
| TME 19 | | | | 7/1/08 | | FBI Form 302 Investigative report of Marcelino J. Laserna dated 6/21/07 |
| TME 22 | | | | 7/1/08 | | FBI Form 302 Investigative report of Marcelino J. Laserna dated 2/01/08 |
| | | | | | | 11:51:54 - CX by Ms. Johnson |
| | 14 | | 6/27/08 | 7/1/08 | 6/27/06 | **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by Government and admitted, with objections (Agent Klocke) |
| | 75 | | 6/17/08 | 7/1/08 | 6/17/08 | Lee's affirmation of handwriting on applications, offered by the Government and admitted, with the exception of 75-2 and 75-29 (Agent Kline) |
| | | | | | | 11:57:12 - 1:34:32 - Lunch break |
| | | | | | | 1:35:28 - Witness **Jesse Salas** called and seated; reminded he is still under oath |
| | | | | | | 1:36:55 - DX by Mr. Yanza |
| | 26-1 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Chun Ja Cho - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | | | | | | 1:44:00 - DX by Mr. Mantanona |
| | | | | | | 1:44:39 - DX by Ms. Flores |
| | | | | | | 1:45:51 - DX by Ms. Lujan |
| | 26-1 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Chun Ja Cho - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | | | | | | 1:46:56 - DX by Mr. Arens |
| | | | | | | 1:47:46 - CX by Ms. Johnson |
| | 26-1 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Chun Ja Cho - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 85 | | 6/11/08 | 7/1/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division, offered by the Government, admitted without objection (Frank Blaz) |

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | | | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 JUNE 23, 24, 25. 26, 27, 2008 JUNE 30, JULY 1, 2008 | | | COURT REPORTER WANDA MILES | | | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 1:58:44 - Re-DX by Mr. Arens |
| | | | | | | 1:59:38 - Witness Salas excused |
| | | | | | | 2:00:03 - **Artemio Ilagan**, called and sworn |
| | | | | | | 2:00:59 - DX by Mr. Mantanona |
| | 85 | | 6/11/08 | 7/1/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division, offered by the Government, admitted without objection (Frank Blaz) |
| | | | | | | 2:08:17 - CX by Ms. Johnson |
| | 1-1 1-4 1-5 | | 6/9/08 | 7/1/08 | 6/9/08 | Exhibit 1 pages 1-24 offered by Government and admitted, without objections (Frank Blaz) |
| | 85-1 | | 6/11/08 | 7/1/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division, offered by the Government, admitted without objection (Frank Blaz) |
| | | | | | | 2:20:17 - Re-CX by Mr. Mantanona |
| | | | | | | 2:24:49 - DX by Ms. Flores |
| | 85-1 | | 6/11/08 | 7/1/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division, offered by the Government, admitted without objection (Frank Blaz) |
| | 60-1 60-3 60-4 60-5 | | 6/9/08 | 7/1/08 | 6/16/08 6/10/08 | MVD file for - Sang Ho Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 83 | | 6/19/08 | 7/1/08 | 6/19/08 | ITIN Letter given to Sang Ho Kim by Lee on 1/31/05, offered by Mr. Mantanona, admitted, without objections (Agent Klocke) |
| | | | | | | 2:29:42 - DX by Mr. Arens |
| | | | | | | 2:32:03 - DX by Ms. Lujan |
| | | | | | | 2:33:07 - Witness Ilagan excused |
| | | | | | | 2:33:21 - Defendant Margaret Untalan rests |
| | | | | | | 2:33:24 - Defendant Francisco Kawamoto rests |
| | | | | | | 2:33:26 - Defendant Joseph Pangelinan rests |
| | | | | | | 2:33:28 - Defendant Mary Garcia rests |
| | | | | | | 2:33:30 - Defendant John Duenas rests |
| | | | | | | 2:33:33 - Defendant Marcelino Laserna rests |
| | | | | | | 2:33:37 - Defendant Eun Young Lee rests |
| | | | | | | 2:36:48 - Jurors excused |
| | | | | | | 2:42:56 - 3:04:27 - Afternoon break - sets up for closing arguments |
| | | | | | | 3:05:29 - Jurors seated |
| | | | | | | 3:06:37 - Closing Argument by Ms. Johnson |
| | | | | | | 4:24:21 - Prosecution Closing Arguments completed |
| | | | | | | 4:27:47 - Jurors excused |
| | | | | | | 4:34:49 - End Day 17 |