| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LEONARDO M. RAPADAS<br>United States Attorney<br>KARON V. JOHNSON<br>Assistant U.S. Attorney<br>Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue<br>Hagatna, Guam 96910<br>Telephone: (671) 472-7332/7283<br>Telecopier: (671) 472-7334<br>Attorneys for the United States of America |

**FILED**
DISTRICT COURT OF GUAM

JUL 0 2 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiff, | ) |
| vs. | ) AMENDED<br>) STIPULATION OF PARTIES<br>) CONCERNING TESTIMONY |
| EUN YOUNG LEE,<br>   aka Eun Young Cho,<br>   aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN, | ) OF SPECIAL AGENT<br>) RICHARD FLORES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

The parties in the above-entitled case make the following stipulation concerning the Korean licensees named in Government Exhibit 4:

1) all of the licensees were Korean nationals;

2) one of the licensees had a student visa;

3) six of the licensees had B2 visas for business/pleasure; and

4) the rest of the licensees had entered the United States on the Guam Tourist Visa Waiver Program, and were illegally on Guam at the time they applied for their Guam driver's licenses.

1

SO STIPULATED.

DATED: 7/1/08

*(signature)*
RICHARD ARENS
Attorney for Eun Young Lee

DATED: 7/1/08

*(signature)*
LOUIE YANZA
Attorney for Joseph Pangelinan

DATED: 7/1/08

*(signature)*
RAWLEN MT MANTANONA
Attorney for Margaret Untalan

DATED: 7/1/08

*(signature)*
CYNTHIA ECUBE
Attorney for John Duenas

DATED: 7/1/08

*(signature)*
MARK SMITH
Attorney for Marcelino Laserna

DATED: 7/1/08

*(signature)*
LEILANI LUJAN
Attorney for Mary Garcia

DATED: 2 July 08

*(signature)*
STEPHANIE FLORES
Attorney for Francisco Kawamoto

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/1/08   By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

2