# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004                                    DATE: July 02, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                   Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded:  9:26:15 - 10:42:12
                                                                 10:57:01 - 12:02:52
                                                                  1:10:14 -  2:06:43
                                                                  2:17:10 -  3:12:43
                                                                  3:26:29 -  4:19:12

**APPEARANCES:**

Defendant: Eun Young Lee                 Attorney: Richard Arens
           Marcelino Laserna                       Mark Smith
           John Duenas                             Cynthia Ecube
           Mary Garcia                             Leilani Lujan
           Joseph Pangelinan                       Louie Yanza
           Francisco Kawamoto                      Stephanie Flores
           Margaret Untalan                        Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R.           ☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson             U.S. Agent:
U.S. Probation: None Present
Interpreter:                             Language:

**PROCEEDINGS: Jury Trial - Day 18**
- Objections re misstatement of the law as it relates to the definition of production, court finds objection is correct and is sustained. Court issued instruction to jurors.
- Objection re misstatement of the evidence as it relates to a statement made by defendant Pangelinan, court finds objection is correct and is sustained. Court issued limiting instruction to the jurors as to Mr. Pangelinan.
- Defendants' Closing Arguments and Prosecutor's Rebuttal Closing Arguments.
- Concluding Jury Instructions and Jury Deliberation.
- Jury charged by Court.
- Jury commence deliberation.
- Jury continue deliberation - July 3, 2008 at 8:00 a.m.

NOTES:     Jurors to report by 7:45 a.m.