| | |
|---|---|
| | DISTRICT COURT OF GUAM **FILED** |
| | TERRITORY OF GUAM |
| | JUL 0 3 2008 |
| UNITED STATES OF AMERICA, | JEANNE G. QUINATA<br>Clerk of Court |
| Plaintiff, | |
| vs. | CRIMINAL CASE NO. 08-00004 |
| Eun Young Lee, Marcelino J. Laserna,<br>John W.C. Duenas, Mary C. Garcia,<br>Joseph Pangelinan, Francisco SN Kawamoto<br>and Margaret B. Untalan, | JURY NOTE |
| Defendants. | |

We the Jury: Find line 14 page 14 item (C) to be incorrect. No learner's permit was issued to Jung Soo Yong on 3/10/2004. It was indicated he received a driver's license: exhibit 74-5 and exhibit 19.

Foreperson **REDACTED**

Date and Time Written: 7/3/08 1600

Date and Time Received by Court: 7/3/08 1602

Date and Time Answered by Court: _____

We received your note.

Thank you.