CASE NO.: CR-08-00004　　　　　　　　　　DATE: July 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 4:03:31 - 4:34:57

**APPEARANCES:**

Defendant: Eun Young Lee　　　　　　Attorney: Richard Arens
　　　　　　　　　　　　　　　　　　　　　　　Mark Smith
　　　　　　　　　　　　　　　　　　　　　　　Cynthia Ecube
　　　　　　　　　　　　　　　　　　　　　　　Leilani Lujan
　　　　　　　　　　　　　　　　　　　　　　　Louie Yanza
　　　　　　　　　　　　　　　　　　　　　　　Stephanie Flores
　　　　　　　　　　　　　　　　　　　　　　　Rawlen Mantanona

☑Present ☑Custody ☐Bond ☐P.R.　　　☑Present ☑Retained ☑FPD ☑CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Jury Trial - Day 19 - Jury Deliberation**
- All counsel called at the instructions of the Court in response to questions from the jurors.
- Jurors called and seated and the Court answered their questions.
- Jury Deliberation continued to: <u>July 7, 2008 at 8:00 a.m.</u>

NOTES:　　Remaining Defendants' presence waived.