|   |   |   |
|---|---|---|
| 1 | DISTRICT COURT OF GUAM | **RECEIVED** |
| 2 | TERRITORY OF GUAM | JUL 7 2008 |
| 3 | UNITED STATES OF AMERICA, | CHIEF JUDGE'S CHAMBERS |
| 4 |  | DISTRICT COURT OF GUAM |
| 5 | Plaintiff, |  |
| 6 | vs. | CRIMINAL CASE NO. 08-00004 |

Eun Young Lee, Marcelino J. Laserna,
John W.C. Duenas, Mary C. Garcia,
Joseph Pangelinan, Francisco SN Kawamoto
and Margaret B. Untalan,

Defendants.

JURY NOTE

We the Jury: have reached a verdict and ready to return to the courtroom.

**FILED**
DISTRICT COURT OF GUAM
JUL 0 7 2008
JEANNE G. QUINATA
Clerk of Court

REDACTED
Foreperson

Date and Time Written: 7/7/08 1345
Date and Time Received by Court: 7/7/08 1350
Date and Time Answered by Court: 7/7/08 1416

Dear Jurors,
We are calling all of the attorneys and defendants. We will be with you shortly.
Si yuus maase,
Chief Judge Frances Tydingco-Gatewood