# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

| | |
|---|---|
| CASE NO.: CR-08-00004 | DATE: July 07, 2008 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 2:58:36 - 3:16:30 |

**APPEARANCES:**

| Defendant: Eun Young Lee | Attorney: Richard Arens |
|---|---|
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |

☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson　　U.S. Agent:

U.S. Probation: None Present

Interpreter:　　Language:

**PROCEEDINGS: Jury Trial - Day 20**
- Jury returns verdict at 1:50 p.m.
- Jury verdicts of Not Guilty on all counts as to each defendant.
- Jury polled.
- Jury discharged.

NOTES: Danilo Aguilar appeared on behalf of Mark Smith; no objections from Mr. Laserna.