IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EUN YOUNG LEE,<br>   aka Eun Young Cho<br>   aka Ina Lee,<br><br>    Defendant. | CRIMINAL CASE NO. 08-00004<br><br><br><br><br><br>**VERDICT FORM** |

### COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, aka EUN YOUNG CHO aka INA LEE:

/ ✓ /  NOT GUILTY

/   /  GUILTY

## COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, aka EUN YOUNG CHO aka INA LEE:

/ ✓ /   NOT GUILTY

/ / GUILTY

## COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, aka EUN YOUNG CHO aka INA LEE:

/ ✓ /   NOT GUILTY

/ / GUILTY

## COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, aka EUN YOUNG CHO aka INA LEE:

/ ✓ /   NOT GUILTY

/ / GUILTY

## COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, aka EUN YOUNG CHO aka INA LEE:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, aka EUN YOUNG CHO aka INA LEE:

/ ✓ /   NOT GUILTY

/   /   GUILTY

DATED this 7th of July, 2008, at Hagåtña, Guam.