# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA

V.

**EUN YOUNG LEE aka EUN YOUNG CHO aka INA LEE**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-08-00004-001

The Defendant was found not guilty as to Counts, I, II, III, IV, V, and VI. IT IS ORDERED that the Defendant is acquitted.

**FILED**
DISTRICT COURT OF GUAM

JUL 0 7 2008

**JEANNE G. QUINATA**
Clerk of Court

_____
Signature of Judge

FRANCES M. TYDINGCO-GATEWOOD, Chief Judge
Name and Title of Judge

July 7, 2008
Date