JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
EUN YOUNG LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 08-00004 |
| --- | --- | --- |
| Plaintiff, | )<br>)<br>) | MOTION TO RE-OPEN DETENTION<br>HEARING |
| vs. | )<br>) | |
| EUN YOUNG LEE, | )<br>) | |
| Defendant. | )<br>) | |

COMES NOW the Defendant, EUN YOUNG LEE, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to re-open the detention hearing, pursuant to 18 U.S.C. § 3142(f)(2)(B), due to information that has a "material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."

## MEMORANDUM

On January 23, 2008, Ms. Lee was charged with 6 counts of Criminal Conspiracy and 17 counts of Fraud Concerning Identification Documents. The charges alleged that Ms. Lee conspired with others to unlawfully obtain driver's licenses using false Taxpayer Identification Numbers. The indictment was not sealed and listed all recipients of the alleged fraudulently obtained licences.

On March 14, 2008, the government filed a motion to revoke Ms. Lee's pretrial release. The government claimed that Ms. Lee had contacted one of the individuals she assisted in obtaining a license. (Exhibit A). Prior to the revocation hearing, the United States Probation Officer filed a Report of Third-Party Custodian and Electronic Monitoring related to Ms. Lee's detention hearing. The report indicated that two individuals had been approved as third-party custodians. The report further indicated that Ms. Lee's residence was suitable for electronic monitoring.

Notwithstanding the suitability of the two proposed third-party custodians and the residence, the probation officer recommended against release "as no condition or combination of conditions can assure the Court that the defendant will not continue to engage in the behavior that caused her revocation of release on April 3, 2008."

At the revocation hearing, the government additionally claimed Ms. Lee processed an individual through the airport check-in while working as a ticket agent for Continental Airlines. The government also alleged that Ms. Lee assisted this person in obtaining a license. After the hearing, Ms. Lee was ordered detained without bail pending trial.

In its order, the Magistrate Judge found "there was probable cause to believe that, while on release, the defendant committed a federal felony, and that a rebuttable presumption arises that no condition or combination of conditions will assure that the defendant will not pose a danger to the safety of any other person or the community." (Exhibit B). The court found that the defendant failed to rebut the presumption. Finally, the court found that "even had the defendant rebutted said presumption, no condition or combination of conditions would reasonably ensure that the defendant would not again commit the acts which formed the basis for the revocation."

On April 24, 2008, Ms. Lee filed a Motion to Review the Magistrate Judge's order of detention. Ms. Lee argued that more than enough evidence was produced to rebut the presumption and that conditions were presented to the court sufficient to ensure Ms. Lee would not commit the acts as alleged. After a hearing before the district court judge, the motion to reconsider order of detention was denied.

On May 27, 2008, Ms. Lee pled guilty to each of the Fraud counts and on July 7, 2008, Ms. Lee was found not guilty on the remaining counts of Conspiracy. Ms. Lee contends that since all counts in the indictment have been resolved, concern regarding the possibility of contacting potential witnesses has been rendered moot. As such, Ms. Lee contends the justification for her detention is no longer a valid concern.

Regarding any concern over flight risk or danger to the community, the following information is submitted for the court's consideration:

1. Ms. Lee has two approved third-party custodians.
2. Ms. Lee's residence is suitable for electronic monitoring.

3. Ms. Lee is a citizen of the United States and has lived on Guam since 1981.

4. Ms. Lee has no prior criminal record.

5. Ms. Lee has no history of violence.

6. Ms. Lee has a husband and three children living on Guam.

7. Aside from the violation alleged by the government in its motion to revoke release, she had been compliant with all terms and conditions of release.

Based on all of the above, Ms. Lee respectfully requests that she be released from detention pending sentencing.

DATED: Mongmong, Guam, August 1, 2008.

/s/ RICHARD P. ARENS



Richard P. Arens
Assistant Federal Public Defender
District of Guam
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant
EUN YOUNG LEE

# CERTIFICATE OF SERVICE

I, RICHARD P. ARENS, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 1, 2008:

> KARON V. JOHNSON
> Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam 96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Mongmong, Guam, August 1, 2008.

/s/ RICHARD P. ARENS



Attorney for Defendant
EUN YOUNG LEE