IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 08-00004-001 |
| Plaintiff, | |
| vs. | ORDER |
| EUN YOUNG LEE a.k.a. EUN YOUNG CHO a.k.a. INA LEE, | |
| Defendant. | |

On August 1, 2008, the e above-named defendant filed a Motion to Re-open Detention Hearing on the basis of changed circumstances. See Docket No. 19.

The court hereby schedules said motion for hearing on Friday, August 15, 2008, at 9:30 a.m. The government shall file its response to the motion no later than Wednesday, August 13, 2008.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Aug 11, 2008**