LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) |
| | ) **O R D E R** |
| vs. | ) **United States Motion to** |
| | ) **Release Trial Exhibits** |
| EUN YOUNG LEE, et. al., | ) |
| Defendant. | ) |

**IT IS SO ORDERED** that all government trial exhibits in the above entitled case be release to the government.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Aug 13, 2008**