Lee.rsp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| ) | |
| Plaintiff, ) | UNITED STATES RESPONSE TO |
| ) | MOTION FOR RELEASE |
| vs. ) | |
| ) | |
| EUN YOUNG LEE, aka ) | |
| EUN YOUNG CHO, aka ) | |
| INA LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States is unable to take a position at this time concerning whether defendant should be released from custody. The government's concerns are that she will warn people for whom warrants are outstanding, and facilitate their leaving Guam. Defense counsel had indicated that defendant would assist the FBI in locating the 37 people for whom warrants are still outstanding. When questioned during a meeting yesterday, however, defendant told Special

//

//

//

Agent Ken Klock that she did not know where any of them were. The government will attempt

1

1 | to interview defendant tomorrow.
2 |     Respectfully submitted this 14th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

2