

ORIGINAL

EYLee.stip

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 1 4 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | STIPULATION OF PARTIES TO SET SENTENCING DATE |
| vs. | |
| EUN YOUNG LEE, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, and the defendant request that this Honorable Court set a sentencing date for the defendant, and order a presentence report. At the time defendant pled guilty to the substantive counts in this indictment, the court

//
//
//
//

-1-

deferred setting a sentencing date until the outcome of the counts going to trial, which is now complete.

The parties request that the Court calendar the sentencing date 90-days from the date of this filing so that a Presentence Report may be completed in this case.

DATED: 8/14/08

*/s/ Richard Arens*
RICHARD ARENS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 8/13/08    By: */s/ Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney