# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-08-00004-001　　　　　　　　　　DATE: August 15, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 10:39:03 - 10:45:36

---

**APPEARANCES:**

Defendant: Eun Young Lee aka Eun Young Cho aka Ina Lee　　　Attorney: Richard Arens

☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Motion to Re-Open Detention Hearing**
- No opposition by the Government, motion <u>granted</u>.
- Government request to set matter for sentencing.
- Sentencing set for: <u>November 12, 2008 at 9:30 a.m.</u>
- Draft Presentence Report due to the parties: <u>October 8, 2008</u>.
- Response to Presentence Report: <u>October 22, 2008</u>.
- Final Presentence Report due to the Court: <u>November 5, 2008</u>.
- Defendant released.

NOTES: